B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Barry Grant, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Demon Carburetion, BG Fuel Systems, Nitrous Works,<br>RushFilters | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 58-1665957 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City,  and State)<br>1450 McDonald Road<br>Dahlonega, GA | Street Address of Joint Debtor (No. and Street, City, and State |
|---|---|
| ZIPCODE 30533 | ZIPCODE |

| County of Residence or of the Principal Place of Business:<br>Lumpkin | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIPCODE | ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):      ZIPCODE

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in
  11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  Manufacturing

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer
  debts, defined in 11 U.S.C.
  §101(8) as "incurred by an
  individual primarily for a
  personal, family, or household
  purpose."
- [x] Debts are primarily
  business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach
  signed application for the court's consideration certifying that the debtor is unable
  to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts
  owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or
  more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Barry Grant, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)                 Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (1/08)** | Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Barry Grant, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  /s/ David G. Bisbee
_____
Signature of Attorney for Debtor(s)

DAVID G. BISBEE 058312
Printed Name of Attorney for Debtor(s)

_____
Firm Name

2929 Tall Pines Way
_____
Address

Atlanta, GA 30345
_____

770 939 4881   bisbeed@bellsouth.net
_____
Telephone Number                         e-mail

October 12,2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Barry Grant
_____
Signature of Authorized Individual

BARRY GRANT
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

October 12,2009
_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

CONSENT OF DIRECTORS
OF
BARRY GRANT, INC

The undersigned, being all of the directors of   BARRY GRANT INC   ., a Georgia corporation, (hereinafter referred to as the "Corporation"), hereby consent to and take the actions set forth below. This consent is given in lieu of a special meeting of the board of directors of the Corporation, and the actions taken herein are to have the same effect as if taken in a meeting at which all of the directors were present and voting.

RESOLVED THAT the Corporation file a petition for reorganization under Chapter 11, Title 11 U.S.C.

FURTHER RESOLVED THAT the Corporation retain the Law Office of David G. Bisbee as its counsel to prepare and file such documents as are necessary to initiate such Chapter 11 case and to represent the Corporation in such Chapter 11 case, and the Corporation is authorized to pay the Law Office of David G. Bisbee a retainer of $40,000.00, plus the Chapter 11 filing fees of $1,039.00, and to pay such further and additional legal fees and expenses as may be approved.

FURTHER RESOLVED, THAT BARRY GRANT , the president of the Corporation is hereby authorized to execute and deliver all such documents and instruments as may be necessary or desirable to effectuate the foregoing resolutions.

Dated this 8 th day of October, 2009.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In re    Barry Grant, Inc.                                    ,
                        Debtor

Case No. _____

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Barry and Robin Grant<br>289 Farmette Dr<br>Cleveland GA 30528 | | | | 1,991,000 |
| NHRA<br>2035 Financial Way<br>Glendora, CA 91741 | | | | 182,735 |
| Robin Grant<br>289 Farmette Dr<br>Cleveland GA 30528 | | | | 141,458 |
| Source Interlink<br>c/o Primedia<br>P.O. Box 933852<br>Atlanta, GA 31193 | | | | 123,342 |

Bankrupcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

American Express
P.O. Box 650448
Dallas, TX 75265                                                                                      113,000

Thomas Kayden
Horstmeyer & Risley
600 Galleria Parkway
SE
Atlanta, GA 30339                                                                                     87,852

DHL Express (USA)
Inc
P.O. Box 4723
Houston, TX 77210                                                                                    73,303

Norco Metal Finishing
1536 Island Home
Ave
Knoxville, TN 37920                                                                                  66,639

Bank of America Visa
P.O. Box 15184
Wilmington, DE
19850                                                                                                       65,000

Empire Die Casting
Dept CH 17776
Palatine, IL 60055                                                                                      61,493

Walker Products
14921 Commerce Dr
Garden Grove, CA
92843                                                                                                       48,453

Bank of America MC
P.O. Box 15184
Wilmington, DE
19850                                                                                                       42,500

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| Bank of America Business Platinum Plus Visa P.O. Box 851001 Dallas, TX 75285 | | | | 39,548 |
| Joseph T Ryerson & Son P.O. Box 905716 Charlotte, NC 28290 | | | | 39,042 |
| Fricke Holdings LLC Suite 100 2344 Perimeter Park Dr Atlanta, GA 30341 | | | | 33,872 |
| REA Technologies P.O. Box 2589 Hickory, NC 28603 | | | | 31,505 |
| HTCI Co P.O. Box 486 New Carlisle, OH 45344 | | | | 25,064 |
| Bank of America Business Platinum Visa P.O. box 15026 Wilmington, DE 19850 | | | | 20,469 |
| Fireman's Fund c/o Hays & Potter PC Suite 203, 3310 Henderson Mill Rd Atlanta, GA 303 | | | | 20,000 |
| AXA Equitable p.O. Box 8095 Boston MA 02266 | | | | 15,367 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____October 12,2009_____

Signature _____/s/ Barry Grant_____

BARRY GRANT,
President

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6 Cover (Form 6 Cover) (12/07)**


# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury


GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank


Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.


Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6A (Official Form 6A) (12/07)**

In re  Barry Grant, Inc._____          Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1450 McDonald Rd<br>Dahlonega, GA<br><br>1450 McDonald Road<br>Dahlonega, GA | Lease | | 0 | None |
| 6500 Hudspeth Road<br>Harrisburg, NC<br><br>600 Hudspeth Road<br>Harrisburg, NC | Lease | | 0 | None |
| | | Total ➤ | 0 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re   Barry Grant, Inc.                                                        Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash | | 1,100 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank Accounts | | 52,956 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

In re  Barry Grant, Inc.                                                      Case No. _____

         **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts Receivable | | 356,850 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | | Patents | | 28,293 |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles | | 34,376 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Furnishings | | 29,469 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Machinery | | 1,151,363 |
| 30.  Inventory. | | Inventory | | 1,018,090 |

In re  Barry Grant, Inc.                                          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 0 continuation sheets attached     Total | $ | 2,672,497 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6C (Official Form 6C)  (12/07)**

In re   Barry Grant, Inc.                                          Case No. _____
_____                                          _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐   Check if debtor claims a homestead exemption that exceeds
                                                  $136,875.
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741  -  31378 - Adobe PDF

**B6D (Official Form 6D) (12/07)**

In re _____,        Case No. _____
              Barry Grant, Inc.
              **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BB&T <br> #2575 <br> 950 East Paces Ferry Road <br> Atlanta, GA 30326 | | | Incurred: 3/30/06 <br> Lien: First priority secutity interest <br> Security: Inventory, Receivables and 5 machines <br><br> VALUE $ 1,479,400 | | | | 306,853 | 0 |
| ACCOUNT NO. <br><br> BB&T <br> #2575 <br> 950 East Paces Ferry Road <br> Atlanta, GA 30326 | | | Incurred: 6/21/07 <br> Lien: First priority Security Interest <br> Security: Inventory, Receivables <br><br> VALUE $ 1,374,940 | | | | 499,354 | 0 |
| ACCOUNT NO. <br><br> BB&T <br> #2575 <br> 950 East Paces Ferry Road <br> Atlanta, GA 30326 | | | Incurred: 12/5/08 <br> Lien: First Priority Security Interest <br> Security: Inventory, Receivables, 1 machine <br><br> VALUE $ 1,490,940 | | | | 300,000 | 0 |

___3___ continuation sheets attached

Subtotal ▶ $ 1,106,207    $ 0
(Total of this page)

Total ▶ $ _____    $ _____
(Use only on last page)

(Report also on        (If applicable, report
Summary of Schedules)    also on Statistical
                          Summary of Certain
                          Liabilities and Related
                          Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Barry Grant, Inc._____,    Case No. _____

<div align="center">

**Debtor**                                                                                        **(If known)**

</div>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BB&T<br>#2575<br>950 East Paces Ferry Road<br>Atlanta, GA 30326 | | | Incurred: 9/28/05<br>Lien: First Mortgage<br>Security: 1450 McDonald Road, Machinery, Furnishings, Raw Materials and Equipment<br><br>VALUE $        2,136,236 | | | | 1,283,663 | 0 |
| ACCOUNT NO.<br><br>BB&T<br>#2575<br>950 East Paces Ferry Road<br>Atlanta, GA 30326 | | | Incurred: 11/23/05<br>Lien: First Mortgage<br>Security: 6500 Hudspeth Road<br><br>VALUE $        1,327,500 | | | | 1,013,394 | 0 |
| ACCOUNT NO.<br><br>CIT<br>1560 W Fountainhead Pkwy<br>Tempe AZ 85282 | | | Incurred: 10/25/04<br>Lien: First priority security interest<br>Security: 4 FH 4800s, 1 HTC400. 1 SQT18MS<br><br>VALUE $        259,600 | | | | 80,075 | 0 |
| ACCOUNT NO.<br><br>CIT<br>1560 W Fountainhead Pkwy<br>Tempe AZ 85282 | | | Incurred: 12/16/04<br>Lien: first priority security interest<br>Security: Pallatech system and 2 Mazzak PFH 4800s<br><br>VALUE $        380,000 | | | | 343,896 | 0 |
| ACCOUNT NO.<br><br>Daimler Chrysler Credit<br>1011 Warrenville Road<br>Lisle, IL 60532 | | | Incurred: 1/9/06<br>Lien: PMSI<br>Security: 2005 Dodge Ram Pickup<br><br>VALUE $        13,000 | | | | 3,358 | 0 |

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)                    ► | $  2,724,386 | $
(Total(s) of this page)

Total(s)                    | $ | $
(Use only on last page)

(Report also on                    (If applicable, report
Summary of Schedules)              also on Statistical
                                   Summary of Certain
                                   Liabilities and Related
                                   Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Barry Grant, Inc._____,          Case No. _____
                  **Debtor**                                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Docuteam Inc<br>2755 Marconi Dr<br>Alpharetta GA 30005 | | | Lien: First Priority Security Interest<br>Security: Two Sharp copiers<br><br>VALUE $      0 | | | | 4,625 | 4,625 |
| ACCOUNT NO.<br><br>Marlin Leasing<br>300 Fellowship Road<br>Mt Laurel NJ 08054 | | | Incurred: 12/12/06<br>Lien: First Priority Security Interest<br>Security: Packaging machine<br>VALUE $    8,000 | | | | 8,202 | 202 |
| ACCOUNT NO.<br><br>National City<br>995 Dalton Ave<br>Cincinnati OH 45203 | | | Incurred: 2/18/05<br>Lien: First Priority Security Interest<br>Security: Equipment<br>VALUE $   10,000 | | | | 9,805 | 0 |
| ACCOUNT NO.<br><br>National City<br>995 Dalton Ave<br>Cincinnati OH 45203 | | | Incurred: 8/19/05<br>Lien: First Priority Security Interest<br>Security: Equipment<br>VALUE $   12,000 | | | | 11,439 | 0 |
| ACCOUNT NO.<br><br>United Community Bank<br>153 E Kytle Street<br>Cleveland, GA 30528 | | | Incurred: 3/24/08<br>Lien: First Mortgage<br>Security: Hound dog Lane<br><br>VALUE $   217,500 | | | | 200,637 | 0 |

Sheet no. _2_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | Subtotal (s)<br>(Total(s) of this page) | $ | 234,708 | $ | 4,827 |
|---|---|---|---|---|---|---|
|  | | Total(s)<br>(Use only on last page) | $ | 4,065,301 | $ | 4,827 |

                                                   (Report also on      (If applicable, report
                                                   Summary of Schedules)  also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6E (Official Form 6E) (12/07)

In re  Barry Grant, Inc.                                              ,                    Case No._____
_____                                                              (if known)
                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____,    Case No._____
　　　Barry Grant, Inc.
　　　　　　　　　　　　Debtor                                              (if known)

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741  -  31378 - Adobe PDF

1
____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re _____Barry Grant, Inc._____,    Case No. _____
                          **Debtor**                                                                             **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cabarrus County Tax Collector<br>P.O. Box 580347<br>Charlotte, NC 28258 | | | Consideration: Taxes | | | | 11,141 | 11,141 | 0 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | Consideration: Taxes | | | | 55,080 | 55,080 | 0 |
| ACCOUNT NO.<br><br>Rachel Pruitt, Tax Commissioner<br>Suite E<br>99 Courthouse Hill<br>Dahlonega, GA 30533 | | | Consideration: Taxes | | | | 76,171 | 76,171 | 0 |
| ACCOUNT NO.<br><br>Town of Harrisburg Tax Collector<br>P.O. Box 100<br>Harrisburg, NC 28075 | | | Consideration: Taxes | | | | 3,838 | 3,838 | 0 |

Sheet no.__1__ of __1__continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  |  |  |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 146,230 | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ 146,230 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 146,230 | $ 0 |

B6F (Official Form 6F) (12/07)

In re __Barry Grant, Inc._____,    Case No. _____
            **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AAA Sanitation, Inc.<br>P.O. Box 1268<br>Dahlonega, GA 30533 | | | Consideration: Trade Debt | | | | 161 |
| ACCOUNT NO.<br><br>AAAA Specialties<br>3030 Huron Street<br>Denver, CO 80202 | | | Consideration: Trade Debt | | | | 4,585 |
| ACCOUNT NO.<br><br>Abe Loewen<br>1414-A Lorne St<br>Regina, SK<br>Canada S4R-2 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Able Box & Packaging<br>4225 Steve Reynolds Blvd<br>Norcross, GA 30092 | | | Consideration: Trade Debt | | | | 1,589 |

__74_____continuation sheets attached

Subtotal ► | $ 6,445

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc._____,          Case No. _____
**Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Acrade Metal Stamping<br>38 Union Ave<br>Bridgeport, CT 06607 | | | Consideration: Trade Debt | | | | 2,044 |
| ACCOUNT NO.<br><br>Action Package/Label Express<br>P.O. Box 40000<br>Dept 0006<br>Hatford, CT 06151 | | | Consideration: Trade Debt | | | | 1,000 |
| ACCOUNT NO.<br><br>ADP, Inc.<br>P.O. Box 9001006<br>Louisville, KY 40290 | | | Consideration: Trade Debt | | | | 1,297 |
| ACCOUNT NO.<br><br>Airgas National Welders<br>P.O. Box 601985<br>Charlotte, NC 28260 | | | Consideration: Trade Debt | | | | 76 |
| ACCOUNT NO.<br><br>Airgas South<br>P.O. Box 532609<br>Atlanta, GA 30353 | | | Consideration: Trade Debt | | | | 303 |

Sheet no. __1__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          4,720

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc.                                    ,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alan Bracey<br>6514 7th<br>Lubbock, TX 79416 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Alan Ellis<br>542 E 1600 North<br>Mapletom UT 84664 | | | Consideration: Trade Debt | | | | 465 |
| ACCOUNT NO.<br><br>Aldan L Miller<br>129 Kirwans Landing Lane<br>Chester MD 21619 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Alliance Express<br>P.O. Box 848380<br>Dallas, TX 75284 | | | Consideration: Trade Debt | | | | 233 |
| ACCOUNT NO.<br><br>Allied Electronics<br>P.O. Box 2325<br>Fort Worth, TX 76113 | | | Consideration: Trade Debt | | | | 304 |

Sheet no. __2__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    1,212

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Barry Grant, Inc._____,    Case No. _____
               **Debtor**             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7002<br><br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | | Incurred: Various<br>Consideration: Credit card debt | | | | 113,000 |
| ACCOUNT NO.<br><br>American Precision Tool & Engine<br>Suite 850<br>4411 Suwanee Dam Rd<br>Suwanee, GA 30024 | | | Consideration: Trade Debt | | | | 531 |
| ACCOUNT NO.<br><br>Amerigas<br>P.O. Box 26517<br>Charlotte, NC 28221 | | | Consideration: Trade Debt | | | | 2,598 |
| ACCOUNT NO.<br><br>Andy Mayes<br>8403 Taliferro Road<br>Eagleville, TN 37060 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO.<br><br>Arlington Fastener Co<br>P.O. Box 590<br>Barrington, IL 60011 | | | Consideration: Trade Debt | | | | 11,161 |

Sheet no. _3_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 127,590

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc. _____,        Case No. _____
          **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arnie Martel<br>29 Magna Cista Cir<br>Tewksbury MA 01876 | | | Consideration: Trade Debt | | | | 630 |
| ACCOUNT NO.<br><br>Asher Business Systems LLC<br>P.O. Box 711<br>Lithia Springs, GA 30122 | | | Consideration: Trade Debt | | | | 275 |
| ACCOUNT NO.<br><br>Ashland Chemical Co<br>P.O. Box 101489<br>Atlanta, GA 30392 | | | Consideration: Trade Debt | | | | 396 |
| ACCOUNT NO.<br><br>Automated Packaging Systems<br>10175 Phillip Parkway<br>Streetsboro, OH 44241 | | | Consideration: Trade Debt | | | | 195 |
| ACCOUNT NO.<br><br>Awesome Motorsports<br>255 Ellison Ave<br>Wstbury NY 11590 | | | Consideration: Trade Debt | | | | 110 |

Sheet no. __4__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

        Subtotal ►   $       1,606

        Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc. _____ ,    Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AXA Equitable<br>p.O. Box 8095<br>Boston MA 02266 | | | Consideration: 401K contribution | | | | 15,367 |
| ACCOUNT NO.  6061<br><br>Bank of America Business<br>Platinum Plus Visa<br>P.O. Box 851001<br>Dallas, TX 75285 | | | Incurred: Various<br>Consideration: Credit card debt | | | | 39,548 |
| ACCOUNT NO.  8181<br><br>Bank of America Business<br>Platinum Visa<br>P.O. box 15026<br>Wilmington, DE 19850 | | | Incurred: Various<br>Consideration: Credit card debt | | | | 20,469 |
| ACCOUNT NO.  3373<br><br>Bank of America MC<br>P.O. Box 15184<br>Wilmington, DE 19850 | | | Incurred: Various<br>Consideration: Credit card debt | | | | 42,500 |
| ACCOUNT NO.  2364<br><br>Bank of America Visa<br>P.O. Box 15184<br>Wilmington, DE 19850 | | | Incurred: Various<br>Consideration: Credit card debt | | | | 65,000 |

Sheet no. _5_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                               Subtotal ➤  $  182,884

                                                 Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,      Case No. _____
            **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barry and Robin Grant<br>289 Farmette Dr<br>Cleveland GA 30528 | | | Consideration: Loans | | | | 1,991,000 |
| ACCOUNT NO.<br><br>Bart Nelson<br>10523 N P Street<br>Laporte TX 77571 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO.<br><br>Bart Smith<br>3905 Bullet Rd<br>Norht Las Vegas NV 89032 | | | Consideration: Trade Debt | | | | 500 |
| ACCOUNT NO.<br><br>Bill Dunaway<br>749 Appleton Rd<br>Simi valley CA 93065 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Bill Jones<br>342 NW Dicks Street<br>Lake City FL 32055 | | | Consideration: Trade Debt | | | | 75 |

Sheet no. _6_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    1,992,075

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc._____ ,          Case No. _____
                    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bill Leber Jr<br>263 Wheeler Street<br>Tonawanda NY 14150 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br>Bill Riddle<br>502 Dailey Street<br>Fowlerville MI 48836 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br>Bill Trovato<br>1240 Weiland Td<br>Rochester NY 14626 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO.<br>Bob Gulitti<br>15515 Waldwick<br>Tomball TX 77377 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br>Bob Harris<br>31885 Wagon Wheel Lane<br>Trabuco Canyon CA 92679 | | | Consideration: Trade Debt | | | | 440 |

Sheet no. _7_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        1,140

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc. _____ ,          Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bob Mandell Jr<br>2111 Highway 373<br>Culleoka TN 38451 | | | Consideration: Trade Debt | | | | 540 |
| ACCOUNT NO.<br><br>Bobby Rashid<br>1251 N Oxford<br>Grosse Pointe Wood, MI 48236 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Brad Meadows<br>201 Aster Dr<br>Simpsonville SC 29681 | | | Consideration: Trade Debt | | | | 450 |
| ACCOUNT NO.<br><br>Brad Plourd<br>21250 SE 271 St<br>Maple Valley WA 98038 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO.<br><br>Brad Vinje<br>3990 201st Street<br>Langley BC<br>Canada V3A 1P2 | | | Consideration: Trade Debt | | | | 100 |

Sheet no. __8__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $        1,530

Total ➤   | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re **Barry Grant, Inc.** _____ ,    Case No. _____

           **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brett Mesbitt<br>605 Robertson Rd<br>McLeansville NC 27301 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Brian Clayton<br>36 Pine Point Lane<br>Port Perry ON<br>Canada L9L 1B2 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Brian Forrester<br>4196 Banbury Cir<br>Parrish FL 34219 | | | Consideration: Trade Debt | | | | 400 |
| ACCOUNT NO.<br><br>Brian Gahm<br>1312 Fairground Rd<br>Lucasville OH 45648 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Brian Merrick<br>P.O. Box 92<br>Dellroy OH 44620 | | | Consideration: Trade Debt | | | | 315 |

Sheet no. __9__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $    1,135

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,        Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brian Penna<br>P.O. Box 2262<br>Aquebogue, NY 11931 | | | Consideration: Trade Debt | | | | 220 |
| ACCOUNT NO.<br><br>Brian Webber<br>11261 E. Raleigh Ave<br>Mesa, AZ 85212 | | | Consideration: Trade Debt | | | | 440 |
| ACCOUNT NO.<br><br>Bruce Maichle<br>29 Sturbridge Dr<br>Wilmington DE 19810 | | | Consideration: Trade Debt | | | | 600 |
| ACCOUNT NO.<br><br>Bryan Markiewicz<br>3450 Beech Trail<br>Clearwater FL 33761 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Buckaroo Communications<br>297 Main Street<br>Dayton, TN 37321 | | | Consideration: Trade Debt | | | | 3,074 |

Sheet no. __10__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,444

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Barry Grant, Inc._____,                Case No. _____
            **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bullet Racing Cams <br> 8785 Old Craft Road <br> Olive Branch, MS 386454 | | | Consideration: Trade Debt | | | | 339 |
| ACCOUNT NO. <br><br> Caffey Broadus <br> 7795 Malone Rd <br> Olive Branch MS 38654 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO. <br><br> Caplugs <br> 7090 Edinboto Road <br> Erie, PA 16509 | | | Consideration: Trade Debt | | | | 93 |
| ACCOUNT NO. <br><br> Carbone of America <br> P.O. Box 7247-6401 <br> Philadelphia, PA 19170 | | | Consideration: Trade Debt | | | | 549 |
| ACCOUNT NO. <br><br> CFW Media/Action Pursuit Group <br> 39101 Treasury Center <br> Chicago, IL 60694 | | | Consideration: Trade Debt | | | | 1,900 |

Sheet no. __11__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      3,181

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,    Case No. _____
              **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>CFW Precision Metal Components<br>P.O. Box 309<br>Grover Beach, CA 93483 | | | Consideration: Trade Debt | | | | 5,240 |
| ACCOUNT NO. <br><br>Chad Traylor<br>5400 Pocahontas Trail<br>Providence Forge VA 23140 | | | Consideration: Trade Debt | | | | 220 |
| ACCOUNT NO. <br><br>Charles Lowery Jr<br>2605 Maxwell<br>Witchita, KS 67217 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO. <br><br>Charlie Kenpic<br>PR4<br>Renfrew, ON<br>Canada K7V 3Z7 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br><br>Chick Nagy<br>4148 Dorchester Rd<br>Niagra Falls, ON<br>Canada L2E 6N2 | | | Consideration: Trade Debt | | | | 320 |

Sheet no. __12__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $       6,210

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,       Case No. _____
                 **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Chris Lamb <br> 141 E Kimberly Dr <br> Henderson NV 89015 | | | Consideration: Trade Debt | | | | 600 |
| ACCOUNT NO. <br><br> Chris Naffziger <br> 5521 Timber Crest Ave <br> Las Vegas NV 89131 | | | Consideration: Trade Debt | | | | 165 |
| ACCOUNT NO. <br><br> Chris Nyerfes <br> 14780 Aspen Hills <br> Burton OH 44021 | | | Consideration: Trade Debt | | | | 220 |
| ACCOUNT NO. <br><br> Chris Pogue <br> P.O. Box 1651 <br> Seminole, OK 74818 | | | Consideration: Trade Debt | | | | 220 |
| ACCOUNT NO. <br><br> Chrome Wizard <br> 5975 Stewarts Ferry Pk <br> Mt Juliet, TN 37122 | | | Consideration: Trade Debt | | | | 1,200 |

Sheet no. _13_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $         2,405

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Barry Grant, Inc._____,    Case No. _____
            **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7692<br><br>Citi Business<br>P.O. Box 6537<br>The Lakes, NV 88901 | | | Incurred: Various<br>Consideration: Credit card debt | | | | 9,229 |
| ACCOUNT NO.<br><br>Clarence Mayo<br>305 E. Spring<br>P.O. Box 405<br>Manly, IA 50456 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Coker Equipment Co<br>1242 Industrial Blvd<br>Gainesville, GA 30503 | | | Consideration: Trade Debt | | | | 1,244 |
| ACCOUNT NO.<br><br>Competition Plus<br>409 Clairmont Circle<br>Spartanburg, SC 29302 | | | Consideration: Trade Debt | | | | 475 |
| ACCOUNT NO.<br><br>Con-Way Freight<br>P.O. Box 5160<br>Portland, OR 97208 | | | Consideration: Trade Debt | | | | 257 |

Sheet no. __14__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       11,315

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,       Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| Cory Thompson 105-2750 Fairlane St Abbotsford, BC Canada V2s 7K9 | | | | | | | 110 |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| Craig Williams P.O. Box 47451 Los Angeles CA 90047 | | | | | | | 200 |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| CV Products P.O. Box 915 Thomasville, NC 27361 | | | | | | | 42 |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| D-Rod Inc 2500 Swaney Road Harrod, OH 45950 | | | | | | | 710 |
| ACCOUNT NO. | | | Consideration: Trade Debt | | | | |
| Dale Dryden 6208-39 Ave Stettler, AB Canada TOC 2LO | | | | | | | 220 |

Sheet no.  15  of  74  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $           1,282

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,    Case No. _____
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dale Koncen<br>P.O. Box 519<br>Chaptico MD 20621 | | | Consideration: Trade Debt | | | | 220 |
| ACCOUNT NO.<br><br>Dan Fletcher<br>2926 Westside Dr<br>Churchville NY 14428 | | | Consideration: Trade Debt | | | | 2,900 |
| ACCOUNT NO.<br><br>Dan Stanley<br>228999Cougar St<br>Perris CA 92570 | | | Consideration: Trade Debt | | | | 220 |
| ACCOUNT NO.<br><br>Danny Towe<br>2415 Mitchell Rd<br>Lawrenceville GA 30043 | | | Consideration: Trade Debt | | | | 150 |
| ACCOUNT NO.<br><br>Dave Osborne<br>22951 Rio Lobos Road<br>Diamond Bar CA 91765 | | | Consideration: Trade Debt | | | | 165 |

Sheet no. _16_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    | $ | 3,655 |

Total ▶    | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re Barry Grant, Inc._____,    Case No. _____
            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David Beeson<br>1536 Salisbury Dr<br>Baton Rouge LA 70816 | | | Consideration: Trade Debt | | | | 700 |
| ACCOUNT NO.<br><br>David Morabito<br>10 Cold Spring Cir<br>Rochester NY 14624 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>David Rampy<br>802 Mountain View Dr<br>Piedmont AL 36272 | | | Consideration: Trade Debt | | | | 1,800 |
| ACCOUNT NO.<br><br>David Tatum<br>1250 Bellaire Lane<br>Atlanta GA 30319 | | | Consideration: Trade Debt | | | | 600 |
| ACCOUNT NO.<br><br>David Turner<br>28213 CR 10<br>Fresno, OH 43824 | | | Consideration: Trade Debt | | | | 110 |

Sheet no. _17_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $                3,410

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc.                                    ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DB Schenker Amalgamated Fin. Group <br> P.O. Box 1006 <br> Old Brige, NJ 08857 | | | Consideration: Trade Debt | | | | 50 |
| ACCOUNT NO. <br><br> DD Butner Racing LLC <br> 205 W Lewis & Clark Okwy <br> Clarksville IN 47119 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br><br> Dennis Altman <br> P.O. Box 785 <br> Polk City FL 33868 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br><br> Dennis Gorrell <br> 320 Clearlake Dr <br> Laverone TN 37086 | | | Consideration: Trade Debt | | | | 232 |
| ACCOUNT NO. <br><br> Dewayne Silance <br> 538 Haws Run Road <br> Jacksonville NC 28540 | | | Consideration: Trade Debt | | | | 220 |

Sheet no. __18__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $            702

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc. _____,    Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DHL Express (USA) Inc<br>P.O. Box 4723<br>Houston, TX 77210 | | | Consideration: Trade Debt | | | | 73,303 |
| ACCOUNT NO.<br><br>Diamond Industries<br>52 Mack Drive<br>Jackson, TN 38305 | | | Consideration: Trade Debt | | | | 2,158 |
| ACCOUNT NO.<br><br>Diamond Racing Products<br>23003 Diamond Dr<br>Clinton TWP, MI 48035 | | | Consideration: Trade Debt | | | | 1,050 |
| ACCOUNT NO.<br><br>Dick Williams<br>4114 19th Street PL SE<br>Puyallup WA  98374 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Docuteam<br>P.O. Box 2153<br>Dept 3180<br>Birmingham, AL 35287 | | | Consideration: Trade Debt | | | | 6,225 |

Sheet no. __19__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  82,846

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741  -  31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,    Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Don Burton <br> 3926 West Capal Rd <br> Aberdeen MD 21001 | | | Consideration: Trade Debt | | | | 800 |
| ACCOUNT NO. <br> Donnie Burnside <br> 501 April sound <br> McKinney TX 75071 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO. <br> Donny Urban <br> 38 Victoria Dr <br> Pittsboro, NC 27312 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO. <br> Doug Duell <br> 8988 Willowbend <br> Newburgh IN 47630 | | | Consideration: Trade Debt | | | | 150 |
| ACCOUNT NO. <br> Dr. Marc Gottlieb <br> 6325 Battleview Dr <br> Raleigh NC 27613 | | | Consideration: Trade Debt | | | | 100 |

Sheet no. __20__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 1,270
Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,     Case No. _____
              **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Drag News Magazine<br>300 West Rocky Street<br>Athens, IL 62613 | | | Consideration: Trade Debt | | | | 606 |
| ACCOUNT NO.<br><br>DRAW<br>4 Hance Drive<br>Charleston, IL 61920 | | | Consideration: Trade Debt | | | | 3,043 |
| ACCOUNT NO.<br><br>Dynamic Stampings<br>W225 N6328 Village Dr<br>P.O. Box 307<br>Sussex, WI 53089 | | | Consideration: Trade Debt | | | | 6,375 |
| ACCOUNT NO.<br><br>Eastland Crane<br>2190 S Hamilton Rd<br>Columbus OH 43232 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Edmond Richardson<br>8010 Anna Court<br>Greenbriar TN 37073 | | | Consideration: Trade Debt | | | | 300 |

Sheet no. _21_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 10,524

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc.                                    ,                    Case No. _____
        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Electro Seal Corporation <br> Dept CH 16357 <br> Palatine, IL 60055 | | | Consideration: Trade Debt | | | | 600 |
| ACCOUNT NO. <br><br> Electro-Dyn <br> P.O. Box 906 <br> Niagra Falls, NY 14302 | | | Consideration: Trade Debt | | | | 2,592 |
| ACCOUNT NO. <br><br> eLight Techonology <br> 3451 Terrace Ave <br> Indianapolis, IN 46203 | | | Consideration: Trade Debt | | | | 4,125 |
| ACCOUNT NO. <br><br> Empire Die Casting <br> Dept CH 17776 <br> Palatine, IL 60055 | | | Consideration: Trade Debt | | | | 61,493 |
| ACCOUNT NO. <br><br> Enco Manufaturing Co <br> Dept CH 14137 <br> Palatine, IL 60055 | | | Consideration: Trade Debt | | | | 920 |

Sheet no. __22__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    69,730

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Barry Grant, Inc._____,    Case No. _____
                    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Encon Evaporators<br>Unit 6, 97 Eddy Road<br>Manchester, NH 03102 | | | Consideration: Trade Debt | | | | 175 |
| ACCOUNT NO.<br><br>Engineering Consulting Services<br>30843 Saint Onge Circle<br>Warren, MI 48093 | | | Consideration: Trade Debt | | | | 2,700 |
| ACCOUNT NO.<br><br>Eric Peterson<br>P.O. Box 1091<br>Enumclaw, WA 98022 | | | Consideration: Trade Debt | | | | 55 |
| ACCOUNT NO.<br><br>Fastenal Compamy<br>Suite 105<br>30 Industrial Park Rd<br>Dawsonville, GA 30534 | | | Consideration: Trade Debt | | | | 2,360 |
| ACCOUNT NO.<br><br>Fed Ex National LTL<br>P,O. Box 95001<br>Lakeland, FL 33804 | | | Consideration: Trade Debt | | | | 1,436 |

Sheet no. __23__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          6,726

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Barry Grant, Inc.                                        ,                    Case No. _____
            **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FedEx<br>P.O. Box 660481<br>Dallas, TX 75266 | | | Consideration: Trade Debt | | | | 139 |
| ACCOUNT NO.<br>FedEx Freight<br>P.O. Box 406708<br>Atlanta, GA 30384 | | | Consideration: Trade Debt | | | | 41,300 |
| ACCOUNT NO.<br>Fireman's Fund<br>c/o Hays & Potter PC<br>Suite 203, 3310 Henderson Mill Rd<br>Atlanta, GA 303 | | | Consideration: Trade Debt | | | | 20,000 |
| ACCOUNT NO.<br>Flex-o-Glass Inc<br>Suite 1765<br>75 Remittance Dr<br>Chicago, Il 60675 | | | Consideration: Trade Debt | | | | 225 |
| ACCOUNT NO.<br>Fox, Chandler, Homans, Hicks<br>P.O. Box 2515<br>Gainesvilled, GA 30503 | | | Consideration: Trade Debt | | | | 287 |

Sheet no. __24__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 61,951

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc.                                         ,          Case No. _____
          **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Fragola Performance Systems 888 West Queen St Southington, CT 06489 | | | Consideration: Trade Debt | | | | 12,038 |
| ACCOUNT NO. Frank Kohutek 1001 Barclay Mesquite TX 75149 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO. Frank Nichols Jr 411 N Waldo Grand Island DE 68803 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO. Frank Tedesco 538 Stoe Jug Rd New Alexandria PA 15670 | | | Consideration: Trade Debt | | | | 55 |
| ACCOUNT NO. Frankie Radake 3655 California St Louis MO 63118 | | | Consideration: Trade Debt | | | | 75 |

Sheet no. _25_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    12,608

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____ ,            Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Fred Kondrotas <br> 4855 60th Street W <br> Rosamond CA 93560 | | | Consideration: Trade Debt | | | | 250 |
| ACCOUNT NO. <br><br> Fricke Holdings LLC <br> Suite 100 <br> 2344 Perimeter Park Dr <br> Atlanta, GA 30341 | | | Consideration: Trade Debt | | | | 33,872 |
| ACCOUNT NO. <br><br> Gardner-Westcott Co <br> 10110 Six Mile Road <br> Northville, MI 48167 | | | Consideration: Trade Debt | | | | 2,597 |
| ACCOUNT NO. <br><br> Gary Bingham <br> 141 E A Bingham Rd <br> Kings Mountain NC 28086 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO. <br><br> Gary Brandt <br> 4016 Karling PL <br> Palmdale CA 93552 | | | Consideration: Trade Debt | | | | 1,445 |

Sheet no. _26_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  38,494

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Barry Grant, Inc._____,    Case No. _____
                  **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gary Duncan<br>7261 Buckboard CV<br>Olive Branch MS 38654 | | | Consideration: Trade Debt | | | | 165 |
| ACCOUNT NO.<br><br>Gary Stinnett<br>1266 Thompson<br>Emporia KS 66801 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Gary Wamboldt<br>9071 W Floyd Dr<br>Lakewood CO 80227 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO.<br><br>Gary Windsor<br>7841 East Shore Rd<br>Pasedena MD 21122 | | | Consideration: Trade Debt | | | | 75 |
| ACCOUNT NO.<br><br>Gene Mosbek<br>22817 Meadowvale Rd<br>Elk River, MN 55330 | | | Consideration: Trade Debt | | | | 410 |

Sheet no. __27__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    1,080

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc.                                    ,        Case No. _____
                        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Good Guys Rod & Custom <br> P.O. Box 9132 <br> Pleasanton, CA 94566 | | | Consideration: Trade Debt | | | | 5,088 |
| ACCOUNT NO. <br><br> Gordon Saiki <br> 1839 150th St <br> Gardena, CA 90249 | | | Consideration: Trade Debt | | | | 310 |
| ACCOUNT NO. <br><br> Grant Lewis <br> P.O. Box 1185 <br> Jessup GA 31598 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO. <br><br> Greg Bagnell <br> 1522 Autumn Run <br> Spring Hill FL 34608 | | | Consideration: Trade Debt | | | | 75 |
| ACCOUNT NO. <br><br> GT Racing Heads <br> 5855 Suits Road <br> Archdale, NC 27263 | | | Consideration: Trade Debt | | | | 487 |

Sheet no.  28  of  74  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $              6,260

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Barry Grant, Inc._____,    Case No. _____
                **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hanwha Machinery America<br>Unit D<br>9750 Oakwood Park Dr<br>Franklin, WI 53132 | | | Consideration: Trade Debt | | | | 138 |
| ACCOUNT NO.<br>Hardinge Inc<br>Box 1212<br>One Hardinge Dr<br>Elmira, NY 14903 | | | Consideration: Trade Debt | | | | 429 |
| ACCOUNT NO.<br>Harley Day<br>282 Bark Rd NW<br>CAnton OH 44620 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br>Harry Gray<br>3 Snowdrift Lane<br>Litchfield, NH 03052 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br>Hartness & Link<br>P.O. Box 29<br>Gainesville, GA 30503 | | | Consideration: Trade Debt | | | | 607 |

Sheet no. _29_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    1,384

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc.                                    ,        Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Headstart 17145 Margay Ave Carson, CA 90746 | | | Consideration: Trade Debt | | | | 1,415 |
| **ACCOUNT NO.** Heatbath Corporation P.O. Box 51048 Indian Orchard, MA 01151 | | | Consideration: Trade Debt | | | | 1,112 |
| **ACCOUNT NO.** Henry's Engineering P.O. Box 209 Barstow, MD 20610 | | | Consideration: Trade Debt | | | | 5,732 |
| **ACCOUNT NO.** Highland Mountain Water P.O. Box 5729 Gainesville, GA 30504 | | | Consideration: Trade Debt | | | | 658 |
| **ACCOUNT NO.** HTCI Co P.O. Box 486 New Carlisle, OH 45344 | | | Consideration: Trade Debt | | | | 25,064 |

Sheet no. _30_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   33,981

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc.                                            ,          Case No. _____
　　　　　　　　　　**Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IKON Financial Services<br>P.O. Box 740540<br>Atlanta, GA 30374 | | | Consideration: Trade Debt | | | | 5,182 |
| ACCOUNT NO.<br><br>Industial Supply Center<br>P.O. Box 1622<br>Toccoa, GA 30577 | | | Consideration: Trade Debt | | | | 63 |
| ACCOUNT NO.<br><br>Industrial Controls<br>P.O. Box 827058<br>Philadelphia, PA 19182 | | | Consideration: Trade Debt | | | | 1,012 |
| ACCOUNT NO.<br><br>J&J Motorsports<br>1595 Tenaha St<br>Center Tx 75935 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>J&L Industrial Supply<br>31800 Industrial Rd<br>Livonia, MI 48150 | | | Consideration: Trade Debt | | | | 4,880 |

Sheet no. _31_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 11,337

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,          Case No. _____
                        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> J&L Machine Shop <br> 31 Hamp Mill Road <br> Dahlonega, GA 30533 | | | Consideration: Trade Debt | | | | 880 |
| ACCOUNT NO. <br><br> James Barr <br> 3125 42BD Ter SW <br> Naples, FL 34116 | | | Consideration: Trade Debt | | | | 82 |
| ACCOUNT NO. <br><br> James Cappiello <br> 11975 FM 830 <br> Willis TX 77318 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br><br> Jason McAlister <br> 5877 Blackwell <br> Barrlett TN 38134 | | | Consideration: Trade Debt | | | | 82 |
| ACCOUNT NO. <br><br> Jason Wood <br> 14484 201st Rd <br> Live Oak, FL 32060 | | | Consideration: Trade Debt | | | | 165 |

Sheet no. __32__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal ➤ | $ | 1,309 |
|---|---|---|---|
|  | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Barry Grant, Inc.                                              ,                    Case No. _____
               **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jeanette Edwards 6975 NW Stonecreek Lane Cameron MO 64429 | | | Consideration: Trade Debt | | | | 900 |
| **ACCOUNT NO.** Jeff Cheney 33322 Vale Dr NW Cambridge MN 55008 | | | Consideration: Trade Debt | | | | 730 |
| **ACCOUNT NO.** Jeff Farrar 440 Alonzo Ct Las Vega NV 89123 | | | Consideration: Trade Debt | | | | 165 |
| **ACCOUNT NO.** Jeff Glover 1425 Stinnett Rd Maceo KY 42355 | | | Consideration: Trade Debt | | | | 165 |
| **ACCOUNT NO.** Jeff Pittman 1304 2nd Street SE Conover, NC 28613 | | | Consideration: Trade Debt | | | | 220 |

Sheet no. __33__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,180

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Barry Grant, Inc.                                    ,    Case No. _____
               **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Jeff Stickland<br>810 Sunny Street<br>Red Bay AL 35582 | | | Consideration: Trade Debt | | | | 400 |
| ACCOUNT NO. <br><br>Jeff Trip<br>55 Leescille Rd<br>Jackson NJ 08527 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO. <br><br>Jeff Yoder<br>7345 SE Altman Rd<br>Grasham, OR 97080 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO. <br><br>Jeremy Gillam<br>1230 Lakeview Dr<br>Schererville IN 46375 | | | Consideration: Trade Debt | | | | 397 |
| ACCOUNT NO. <br><br>Jim Butner Auto<br>205 W Lewis & Clark Pkwy<br>Clarksville, IN 47129 | | | Consideration: Trade Debt | | | | 440 |

Sheet no. __34__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       1,647

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Barry Grant, Inc._____,     Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jim Hughes<br>2244 W McDowell<br>Phoenix AZ 85009 | | | Consideration: Trade Debt | | | | 400 |
| ACCOUNT NO.<br><br>Jim Majkowski<br>7928 Genson<br>Nothville MI 48168 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Jim Netherland<br>1419 Lyon Street<br>Columbia TN 38401 | | | Consideration: Trade Debt | | | | 232 |
| ACCOUNT NO.<br><br>Jimbo Fields<br>781 Harden St<br>Gallatin TN 37066 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Jimmy Ayers<br>5086 Highway 29 N<br>Newnan GA 30265 | | | Consideration: Trade Debt | | | | 400 |

Sheet no. _35_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $          1,342

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc.                                      ,        Case No. _____
                 **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jimmy Defrank<br>9525 DeSoto Ave<br>Chatsworth CA 91311 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Jody Lang<br>1320 10th Ave SE<br>Puyallup WA 98372 | | | Consideration: Trade Debt | | | | 850 |
| ACCOUNT NO.<br><br>Joe Hoyle<br>67 Montcalm Rd<br>Warwick RI 02889 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>John Furr<br>12760 Big Lick Rd<br>Oakboro NC 28129 | | | Consideration: Trade Debt | | | | 400 |
| ACCOUNT NO.<br><br>John Hickman<br>20875 South Miles<br>Clinton Twonship MI 48036 | | | Consideration: Trade Debt | | | | 330 |

Sheet no. 36 of 74 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,780

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc.                                           ,          Case No. _____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> John Langer <br> 10957-1 E Keswick Rd <br> Philadelphia PA 19154 | | | Consideration: Trade Debt | | | | 700 |
| ACCOUNT NO. <br> John Macaluso <br> 362 SW Glenwood Dt <br> Port St Lucie FL 34984 | | | Consideration: Trade Debt | | | | 525 |
| ACCOUNT NO. <br> John Miller <br> 55 Carson Valley Way <br> Santa Fe NM 87508 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br> John Steffen <br> 13256 Peacock Dr <br> Littleton CO 80124 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br> Johnny Smith <br> 725 Dutches Tpk <br> Poughkeepsie, NY 126-3 | | | Consideration: Trade Debt | | | | 275 |

Sheet no. __37__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,700

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Barry Grant, Inc._____,    Case No. _____

              **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joseph T Ryerson & Son<br>P.O. Box 905716<br>Charlotte, NC 28290 | | | Consideration: Trade Debt | | | | 39,042 |
| ACCOUNT NO.<br><br>Kearney Machinery & Supply<br>Suite 322<br>216 Aquarius Dr<br>Birmingham, AL 35209 | | | Consideration: Trade Debt | | | | 478 |
| ACCOUNT NO.<br><br>Keith Dowlning<br>4844 W Waltunn<br>Glendale AZ 85306 | | | Consideration: Trade Debt | | | | 385 |
| ACCOUNT NO.<br><br>Keith Lynch<br>P.O. Box 108<br>West Manchester, OH 45382 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO.<br><br>Ken Leach<br>1880 Montreal Rd<br>Sevenn, Md 21144 | | | Consideration: Trade Debt | | | | 165 |

Sheet no. __38__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     40,400

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Barry Grant, Inc._____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kevin Houghtaling 11151 Old Telegraph Rd Asland VA 23005 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. Kevin Kleineweber 2244 W MDowell Phoenix AZ 86009 | | | Consideration: Trade Debt | | | | 430 |
| ACCOUNT NO. Kevin Wicke 615 Erie Steet Statford ON Canada N5A 2N9 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. LaPage Motorsports Inc P,O, Box 1195 Auburn ME 04211 | | | Consideration: Trade Debt | | | | 440 |
| ACCOUNT NO. LaPerriere Racing Inc 4596 Schmitt Ct Milan MI 48160 | | | Consideration: Trade Debt | | | | 220 |

Sheet no. _39_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         1,290

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc.                                    ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Larry Geddes<br>P.O. Box 307<br>Barnsville OH 43713 | | | Consideration: Trade Debt | | | | 450 |
| ACCOUNT NO.<br><br>Larry Marshall<br>5411 E Honda Bow Rd<br>Cavre Creek AZ 85331 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Larry Robinson<br>Box 166<br>Irving NY 14081 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Lawrence Burke<br>2960 NW 53rd Terr<br>Margate, FL 33063 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO.<br><br>Leo Glasbrenner<br>343 Moore Place<br>Sandimas CA 91773 | | | Consideration: Trade Debt | | | | 110 |

Sheet no. __40__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,100

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc._____,        Case No. _____
                **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LNS America<br>P.O. Box 632100<br>Cincinnati, OH 45263 | | | Consideration: Trade Debt | | | | 1,637 |
| ACCOUNT NO.<br><br>Lou Ficco<br>3650 CAnce Street #1<br>Wheat Ridge CO 80033 | | | Consideration: Trade Debt | | | | 540 |
| ACCOUNT NO.<br><br>Luxfer Gas Cylinders<br>BOA<br>File No. 32210<br>Los Angeles, CA 90074 | | | Consideration: Trade Debt | | | | 357 |
| ACCOUNT NO.<br><br>Lynden International<br>P.O. Box 84167<br>Seattle, WA 98124 | | | Consideration: Trade Debt | | | | 266 |
| ACCOUNT NO.<br><br>Manny Figueroa<br>97 Charles Street<br>Moorpark CA 93021 | | | Consideration: Trade Debt | | | | 900 |

Sheet no. __41__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          3,700

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc.                                              ,        Case No. _____
                    **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Manton Racing Products P.O. Box 245 Lake Elsinore, CA 92531 | | | Consideration: Trade Debt | | | | 57 |
| ACCOUNT NO. Marcus Allen 4790 S Splendid Cir S Colorado Springs CO 80917 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO. Mario Gourgue 630 Grand Capsa Pont Rouge QU Canada G3H 1L6 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO. Mark Artis 2027 Witt Rd Frisco TX 75304 | | | Consideration: Trade Debt | | | | 75 |
| ACCOUNT NO. Mark Payne 2432 Hermitage Rd Waynesboro VA 22980 | | | Consideration: Trade Debt | | | | 200 |

Sheet no. __42__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 642

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc. _____,     Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mark Skipper Jr<br>193 Kirby Rd<br>Transylvania LA 71286 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Marshall's Auto Parts<br>P.O. Box 1072<br>Dahlonega, GA 30533 | | | Consideration: Trade Debt | | | | 3,444 |
| ACCOUNT NO.<br><br>Mathew Welker<br>13825 Charlton court<br>Clear Springs MD 21722 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Matrix Metal Products<br>43 County Street<br>Attleboro, MA 02703 | | | Consideration: Trade Debt | | | | 147 |
| ACCOUNT NO.<br><br>Matthew Constant<br>3543 Schooner Dr<br>Stockton CA 95219 | | | Consideration: Trade Debt | | | | 300 |

Sheet no. 43 of 74 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        4,091

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc. _____ ,        Case No. _____
        **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mattie Morrow <br> 575 Amsler Ridge Td <br> Economy PA 15143 | | | Consideration: Trade Debt | | | | 150 |
| ACCOUNT NO. <br><br> Mayo Delong Racing Inc <br> 389 West Field Dr <br> Broomall PA 19008 | | | Consideration: Trade Debt | | | | 440 |
| ACCOUNT NO. <br><br> Mazak Coproration <br> P.O. Box 970 <br> Florence, KY 41022 | | | Consideration: Trade Debt | | | | 39 |
| ACCOUNT NO. <br><br> McLeod Media LLC <br> P.O. Box 340 <br> Murphy, NC 28906 | | | Consideration: Trade Debt | | | | 561 |
| ACCOUNT NO. <br><br> McMaster-Carr <br> P>O. Box 7690 <br> Chicago, IL 60680 | | | Consideration: Trade Debt | | | | 2,153 |

Sheet no. __44__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 3,343

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Barry Grant, Inc._____,                Case No. _____
            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Megan Caston <br> 7821 Saskatchewan Dr <br> Edmonton, AB <br> Canada T6E 2L3 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br><br> Metrolina Landscape <br> P.O. Box 669003 <br> Charlotte, NC 28266 | | | Consideration: Trade Debt | | | | 2,885 |
| ACCOUNT NO. <br><br> Michael Farrell <br> 1401 Southwestern Pkwy <br> Louisville KY 40211 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br><br> Michael Whaley <br> 1504 Sutton Dr <br> Kingston NC 28501 | | | Consideration: Trade Debt | | | | 430 |
| ACCOUNT NO. <br><br> Micro Plastics Inc <br> P.O. Box 149 <br> Flippin, AR 72634 | | | Consideration: Trade Debt | | | | 718 |

Sheet no. __45__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,233
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc._____,        Case No. _____
                    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Microgroup <br> P.O. Box 414645 <br> Boston, MA 02241 | | | Consideration: Trade Debt | | | | 49 |
| ACCOUNT NO. <br><br> Mike Bavlsir <br> 1555 Ben Doane Road <br> Indian Head MD 20640 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO. <br><br> Mike Buczynski <br> 7264 Winbert Dr <br> Wheatfield NY 14120 | | | Consideration: Trade Debt | | | | 75 |
| ACCOUNT NO. <br><br> Mike Fuqua <br> 156 commerce Dr <br> Hendersonville TN 37075 | | | Consideration: Trade Debt | | | | 1,185 |
| ACCOUNT NO. <br><br> Mike Kaufman <br> 10 Leone Ct <br> Woodcliff Lake NJ 07677 | | | Consideration: Trade Debt | | | | 200 |

Sheet no. __46__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         1,809

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re Barry Grant, Inc. _____,    Case No. _____
         **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mike Matranga<br>5212 Coke Ave<br>Lakewood CA 90712 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Mike Pruss<br>21 Dillon Close<br>Red Deer AB<br>Canada T6K 2N7 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Mike Saiki<br>4719 Gundry Ave<br>Long Beach CA 90807 | | | Consideration: Trade Debt | | | | 150 |
| ACCOUNT NO.<br><br>Mike Sawyer Motorsports<br>11 Winter Street<br>Acton MA 01720 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO.<br><br>Mike Shannon<br>1755 Harvey Ave<br>Kelowna BC<br>Canada V1Y 6G4 | | | Consideration: Trade Debt | | | | 220 |

Sheet no. _47_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1,070

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc._____,     Case No. _____
             **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Motion Industries<br>P.O. Box 404130<br>Atlanta, GA 30384 | | | Consideration: Trade Debt | | | | 267 |
| ACCOUNT NO.<br><br>Motor Products Corp<br>P.O. Box 975042<br>Dallas, TX 75397 | | | Consideration: Trade Debt | | | | 12,309 |
| ACCOUNT NO.<br><br>MSC Industrial Supply<br>Dept CH 0075<br>Palatine, Il 60055 | | | Consideration: Trade Debt | | | | 4,452 |
| ACCOUNT NO.<br><br>Nason<br>1307 S. Highway 11<br>Walahalla, SC 29691 | | | Consideration: Trade Debt | | | | 183 |
| ACCOUNT NO.<br><br>Neil Schindler<br>6060 Wanda Ct<br>San Diego CA 92120 | | | Consideration: Trade Debt | | | | 110 |

Sheet no. __48__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    17,321

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Barry Grant, Inc._____,    Case No. _____
            **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Neuco Distributors<br>P.O. Box 500<br>Bostwick, FL 32007 | | | Consideration: Trade Debt | | | | 1,957 |
| ACCOUNT NO.<br><br>Newark in One<br>P.O. Box 94151<br>Palatine, IL 60094 | | | Consideration: Trade Debt | | | | 25 |
| ACCOUNT NO.<br><br>NHRA<br>2035 Financial Way<br>Glendora, CA 91741 | | | Consideration: Trade Debt | | | | 182,735 |
| ACCOUNT NO.<br><br>Nicholas Mitsos<br>622 W Bluffington St<br>Upland CA 91784 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO.<br><br>Norco Metal Finishing<br>1536 Island Home Ave<br>Knoxville, TN 37920 | | | Consideration: Trade Debt | | | | 66,639 |

Sheet no. _49_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $      251,686

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc.                                    ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Norman Crane<br>6520 Beedla St<br>Northport, FL 34286 | | | Consideration: Trade Debt | | | | 150 |
| ACCOUNT NO.<br><br>Norman LaPointe<br>3919 67th Street<br>Edmonton AB<br>Canada T6K 2N7 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>North American Media Group<br>P.O. Box 3427<br>Minnetonka, MN 55343 | | | Consideration: Trade Debt | | | | 3,615 |
| ACCOUNT NO.<br><br>Northeast GA Primary Care<br>Suite 3<br>1144 Vine Street<br>Gainesville, GA 30501 | | | Consideration: Trade Debt | | | | 693 |
| ACCOUNT NO.<br><br>Northern Tool & Equipment<br>P.O. Box 5219<br>Carol Stream, IL 60197 | | | Consideration: Trade Debt | | | | 820 |

Sheet no. _50_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  5,478

Total ➤  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Norwalk Raceway Park<br>1300 State Route 18<br>Norwalk OH 44857 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Oval Media<br>8437 Woodcrest PL<br>Hobe Sound, FL 33455 | | | Consideration: Trade Debt | | | | 850 |
| ACCOUNT NO.<br><br>Pat Fitzpatrick<br>5312 N Plaza Dr<br>Peoria IL 61614 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO.<br><br>Pat Martin<br>7120 Woods West Ave<br>London OH 43140 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO.<br><br>Patrick Dehner<br>162 Evergreen Ave<br>Smithtown NY 11787 | | | Consideration: Trade Debt | | | | 110 |

Sheet no.  51   of  74   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          1,700

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Barry Grant, Inc._____,    Case No. _____
            **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Patterson Publishing<br>P.O. Box 7517<br>Lakeland, FL 33807 | | | Consideration: Trade Debt | | | | 350 |
| ACCOUNT NO.<br><br>Peach State Fire Inc<br>626 Industrial Blvd<br>Gainesville, GA 30501 | | | Consideration: Trade Debt | | | | 265 |
| ACCOUNT NO.<br><br>Performance Warehouse Assn<br>#1  41-701 Corporate Way<br>Palm Desert, CA 92260 | | | Consideration: Trade Debt | | | | 70 |
| ACCOUNT NO.<br><br>Phillip Chester<br>509 Martin Rd<br>Clarksville TN 37042 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Pioneer Industrial Sales<br>P.O. Box 2200<br>Kingsport, TN 37660 | | | Consideration: Trade Debt | | | | 275 |

Sheet no. _52_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     1,070

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc._____,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pitney Bowes<br>P.O. Box 856390<br>Louisville, KY 40285 | | | Consideration: Trade Debt | | | | 12 |
| ACCOUNT NO.<br><br>PME Engines<br>102 S Iredell Ind. Park Rd<br>Mooresville, NC 28115 | | | Consideration: Trade Debt | | | | 1,212 |
| ACCOUNT NO.<br><br>Pomona Valley Hospital<br>Dept 0048<br>Los Angeles, CA 90084 | | | Consideration: Trade Debt | | | | 400 |
| ACCOUNT NO.<br><br>Pressure Connections Corp<br>610 Claycraft Road<br>Columbus, OH 43230 | | | Consideration: Trade Debt | | | | 290 |
| ACCOUNT NO.<br><br>Pro-Tech<br>4002 N 31st Ave<br>Phoenix, AZ 85017 | | | Consideration: Trade Debt | | | | 1,430 |

Sheet no. __53__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 3,344

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Barry Grant, Inc._____,    Case No. _____

**Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Procomp Electronics<br>Unit A<br>605 S Milliken Ave<br>Ontario, Canada 91761 | | | Consideration: Trade Debt | | | | 1,543 |
| ACCOUNT NO.<br><br>Promedia LLC<br>#D 3518West Lake Center Dr<br>Santa Ana, CA 92704 | | | Consideration: Trade Debt | | | | 4,425 |
| ACCOUNT NO.<br><br>Purolator Trade Solutions<br>P.O. Box 950<br>Buffalo, NY 13213 | | | Consideration: Trade Debt | | | | 96 |
| ACCOUNT NO.<br><br>Rad Rides by Troy<br>24 E. 3rd Street<br>Manteno, IL 60950 | | | Consideration: Trade Debt | | | | 8,163 |
| ACCOUNT NO.<br><br>Ralph Haas<br>2244 McDowell<br>Phoenix AZ 85009 | | | Consideration: Trade Debt | | | | 100 |

Sheet no. _54_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    14,327

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Barry Grant, Inc.                                    ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Randy Balough<br>2258 Adrian St<br>Newbury Park CA 91320 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Randy Bennett<br>150 Oak Leaf Dr<br>Stockbridge GA 30281 | | | Consideration: Trade Debt | | | | 82 |
| ACCOUNT NO.<br><br>Randy Fabbro<br>222 N Hacienda Ave<br>Glendora CA 91741 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO.<br><br>Ray Connolly<br>546 Wesley Ave<br>Elyria OH 44035 | | | Consideration: Trade Debt | | | | 510 |
| ACCOUNT NO.<br><br>Raymond Sawyer<br>11 Winter Street<br>Acton MA 01720 | | | Consideration: Trade Debt | | | | 210 |

Sheet no. __55__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    1,202

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Barry Grant, Inc._____,        Case No. _____
          **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>REA Technologies<br>P.O. Box 2589<br>Hickory, NC 28603 | | | Consideration: Trade Debt | | | | 31,505 |
| ACCOUNT NO.<br><br>Reliance Gear Corp<br>205 Factory Road<br>Addison, IL 60101 | | | Consideration: Trade Debt | | | | 1,944 |
| ACCOUNT NO.<br><br>Richard Schnieder<br>41225 Willis<br>Bellsville MI 48111 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO.<br><br>Robbie Hudlow<br>11899 Lynn Crest Dr<br>Monrovia MD 21770 | | | Consideration: Trade Debt | | | | 440 |
| ACCOUNT NO.<br><br>Robert Curran<br>1359 Keenland Dr<br>Bartlett IL 60103 | | | Consideration: Trade Debt | | | | 600 |

Sheet no.  56  of  74   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     34,819

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,     Case No. _____
                 **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert Eubanks<br>9725 RT 193<br>Williston Tn 38076 | | | Consideration: Trade Debt | | | | 75 |
| ACCOUNT NO.<br><br>Robert Jones<br>6298 Ripley Rd<br>La Plata MD 20646 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Robert Motycka<br>P.O. Box 17<br>Lawton TX 49065 | | | Consideration: Trade Debt | | | | 405 |
| ACCOUNT NO.<br><br>Robert Naber<br>2503 Canterbury Trail<br>Ontario CA 91761 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Robin Grant<br>289 Farmette Dr<br>Cleveland GA 30528 | | | Consideration: Loans | | | | 141,458 |

Sheet no. __57__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 142,238

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,        Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Rochester Midland P.O. Box 31515 Rochester, NY 14603 | | | Consideration: Trade Debt | | | | 1,988 |
| ACCOUNT NO. Rock Tenn P.O. Box 102064 Atlanta, GA 30368 | | | Consideration: Trade Debt | | | | 3,726 |
| ACCOUNT NO. Rockwell Racing 11471 Orcas Ave Lakeview Terrace, CA 91342 | | | Consideration: Trade Debt | | | | 187 |
| ACCOUNT NO. Rod Oxford 16368 W Sandra Lane Surprise AZ 85388 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO. Rodney lee 5301 SE 52nd Ave Portland OR 97206 | | | Consideration: Trade Debt | | | | 300 |

Sheet no. __58__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,501

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc. _____,     Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rogers Corp<br>Chicago Lockbox 19027<br>Dept CH 10027<br>Palatine, IL 60055 | | | Consideration: Trade Debt | | | | 3,521 |
| ACCOUNT NO.<br><br>Rohrer Corp<br>P.O. Box 1009<br>Wadsworth, OH 44282 | | | Consideration: Trade Debt | | | | 3,569 |
| ACCOUNT NO.<br><br>Ronnie Proctor Sr<br>2604 Chestnut Hill Rd<br>Harpers Ferry WV 25425 | | | Consideration: Trade Debt | | | | 220 |
| ACCOUNT NO.<br><br>Ronnie Siani<br>63 Shaw Ave<br>Islip NY 11751 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Roy Perry<br>604 Walnut St<br>Bowie, TX 76230 | | | Consideration: Trade Debt | | | | 330 |

Sheet no. _59_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 7,740

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,        Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rusty Cook <br> 430 Hedges Lane <br> Cynthiana KY 41031 | | | Consideration: Trade Debt | | | | 800 |
| ACCOUNT NO. <br><br> Rutland Tool <br> J. Michael Kaplan <br> 2121 Wynnton Road <br> Columbus, GA 31906 | | | Consideration: Trade Debt | | | | 13,626 |
| ACCOUNT NO. <br><br> Ryan Bolin <br> 840 Joann Dr <br> Wilmington, IL 60481 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO. <br><br> SAE <br> P.O. Box 79572 <br> Baltimore, MD 21279 | | | Consideration: Trade Debt | | | | 139 |
| ACCOUNT NO. <br><br> Safety-Kleen Systems <br> P.O. Box 650509 <br> Dallas, TX 75265 | | | Consideration: Trade Debt | | | | 3,468 |

Sheet no.  60   of  74   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        18,143

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Barry Grant, Inc._____,    Case No. _____
                 **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Scott Burton<br>937 Cole<br>Golden CO 80401 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Scott Duggins<br>214 Rosecrest Rd<br>Spartanburg SC 29303 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Scott Hearn<br>41 Summerton Landing<br>Sherwood Park, AB<br>Canada T8H 2P4 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Scott Morgan<br>15790 Silver Road<br>Oakboro NC 28129 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Scott Sexton<br>928 SR 330<br>Griffith IN 46319 | | | Consideration: Trade Debt | | | | 82 |

Sheet no. __61__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          612

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,    Case No. _____
            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Scott Taylor <br> Box 3002 <br> St Isidore, AB <br> Canada T0H 3B0 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br><br> Screw Machine Specialties <br> 727-23 Road <br> Grand Junction, CO 81505 | | | Consideration: Trade Debt | | | | 7,370 |
| ACCOUNT NO. <br><br> Scroggins & Williamson <br> 2500 Candler Bldg <br> 127 Peachtree St <br> Atlanta, GA 30303 | | | Consideration: Trade Debt | | | | 587 |
| ACCOUNT NO. <br><br> Seal Methods Inc <br> 11915 Shoemaker Ave <br> P.O. Box 2604 <br> Santa Fe Springs, CA 90670 | | | Consideration: Trade Debt | | | | 832 |
| ACCOUNT NO. <br><br> Shane Carr <br> 180 Lindsey Hollow Rd <br> Gallatin TN 37066 | | | Consideration: Trade Debt | | | | 300 |

Sheet no. __62__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           9,189

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Barry Grant, Inc.                                        ,    Case No. _____
                        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shawn Fricke<br>24 Scarlet Oak Rd<br>Flemington NJ 08822 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO.<br><br>Shawn Langdon<br>11045 Hamal Ave<br>Mira Loma CA 91752 | | | Consideration: Trade Debt | | | | 400 |
| ACCOUNT NO.<br><br>Sherman Adcock Jr<br>56 Spruce Dr<br>Fortson GA 31808 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Shopatron<br>P.O. Box 5351<br>San Luis Obispo, CA 93403 | | | Consideration: Trade Debt | | | | 5,487 |
| ACCOUNT NO.<br><br>Siemens Energy & Automation<br>7050 Alan Schwartzwalder St<br>Columbus, OH 43217 | | | Consideration: Trade Debt | | | | 160 |

Sheet no. _63_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    6,447

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Barry Grant, Inc.                                    ,                Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Signal Motorsports<br>20 Commercial Dr<br>Mooresville, NC 28115 | | | Consideration: Trade Debt | | | | 1,566 |
| ACCOUNT NO.<br><br>Skip Baskin<br>90 Morris Road<br>Covington TN 38019 | | | Consideration: Trade Debt | | | | 75 |
| ACCOUNT NO.<br><br>Slack Auyo Parts<br>P.O. Box 778<br>Gainesville, GA 30503 | | | Consideration: Trade Debt | | | | 972 |
| ACCOUNT NO.<br><br>SMI Inc<br>6055 Grand View Way<br>Suwanee, GA 30024 | | | Consideration: Trade Debt | | | | 6,413 |
| ACCOUNT NO.<br><br>Source Interlink<br>c/o Primedia<br>P.O. Box 933852<br>Atlanta, GA 31193 | | | Consideration: Trade Debt | | | | 123,342 |

Sheet no. __64__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 132,368

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,     Case No. _____
             **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Specialized Motor Systems<br>727 23rd Road<br>Grand Junction, CO 81505 | | | Consideration: Trade Debt | | | | 2,087 |
| ACCOUNT NO.<br><br>Steve Cohen<br>P.O. Box 638<br>Trilby, FL 33593 | | | Consideration: Trade Debt | | | | 430 |
| ACCOUNT NO.<br><br>Steve Dominguea<br>7325 127th E<br>Derby KS 67037 | | | Consideration: Trade Debt | | | | 110 |
| ACCOUNT NO.<br><br>Steve Furr<br>8220 Craighead Rd<br>Harrisburg NC 28075 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Straight-A-Express<br>P.O. Bos 16425<br>Augusta, GA 30919 | | | Consideration: Trade Debt | | | | 274 |

Sheet no. _65_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,101

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,        Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Swerdlin & Company<br>Suite 170, Bldg B<br>5901 Peachtree Dunwoody Rd<br>Atlanta, GA 30328 | | | Consideration: Trade Debt | | | | 3,831 |
| ACCOUNT NO.<br><br>Swift Filters Inc<br>7805 First Place<br>Oakwood Village, OH 44146 | | | Consideration: Trade Debt | | | | 1,345 |
| ACCOUNT NO.<br><br>Teleflex Fluid Systems<br>Lockbox 50285<br>P.O. Box 8500<br>Philadelphia, PA 19178 | | | Consideration: Trade Debt | | | | 1,722 |
| ACCOUNT NO.<br><br>Terry Barkley<br>4062 Don Luis Dr<br>Los Angeles CA 90008 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Terry Pearson<br>31267 Blakeley Ridge Ct<br>Spanish Fort AL 36527 | | | Consideration: Trade Debt | | | | 300 |

Sheet no. _66_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        7,298

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,  Case No. _____
**Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Juliana Co<br>4304 Boca Raton Dr<br>The Colony, TX 75056 | | | Consideration: Trade Debt | | | | 2,326 |
| ACCOUNT NO.<br><br>The Pierce Company<br>P.O. Box 634803<br>Cincinnati, OH 45263 | | | Consideration: Trade Debt | | | | 4,450 |
| ACCOUNT NO.<br><br>The Right Stuff Detailing<br>200 Intek Way<br>Westerville, OH 43082 | | | Consideration: Trade Debt | | | | 1,395 |
| ACCOUNT NO.<br><br>The Tool Crib<br>P.O. Box 52810<br>Knoxville, TN 37950 | | | Consideration: Trade Debt | | | | 379 |
| ACCOUNT NO.<br><br>Thomas Bayer<br>16273 Medinah St<br>Fontana CA 92336 | | | Consideration: Trade Debt | | | | 250 |

Sheet no. _67_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 8,800

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____ ,        Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Thomas Kayden Horstmeyer & Risley<br>600 Galleria Parkway SE<br>Atlanta, GA 30339 | | | Consideration: Trade Debt | | | | 87,852 |
| ACCOUNT NO.<br><br>Thomas Schmidt<br>30800 Belair Dr<br>Lingstrom MN 55045 | | | Consideration: Trade Debt | | | | 330 |
| ACCOUNT NO.<br><br>Thomas Sheehan<br>404 Church Street<br>Brownsville PA 15417 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Thomas Yancer<br>600 S 79th Street<br>Chandler AZ 85226 | | | Consideration: Trade Debt | | | | 300 |
| ACCOUNT NO.<br><br>Three Wide Media<br>P.O. Box 66<br>Independence, IA 50644 | | | Consideration: Trade Debt | | | | 1,969 |

Sheet no. _68_ of _74_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  |  $  90,551

Total ▶  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Barry Grant, Inc._____,          Case No. _____
            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tim Hendricks<br>17307 Polo Rd<br>Sterling FL 61081 | | | Consideration: Trade Debt | | | | 607 |
| ACCOUNT NO.<br><br>Tim Schmidt<br>2290 Jackson Ave SW<br>Massilon OH 44646 | | | Consideration: Trade Debt | | | | 220 |
| ACCOUNT NO.<br><br>Todd Patterson<br>P.O. Box 338<br>Augusta KS 67010 | | | Consideration: Trade Debt | | | | 400 |
| ACCOUNT NO.<br><br>Tom Fisher<br>2500 Swaney Rod<br>Harrod OH 45850 | | | Consideration: Trade Debt | | | | 220 |
| ACCOUNT NO.<br><br>Tom Jacobs<br>6292 Arwood Rd NW<br>Rapid City, MI 49676 | | | Consideration: Trade Debt | | | | 110 |

Sheet no. _69_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                       Subtotal ➤ | $ | 1,557

                       Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Barry Grant, Inc._____,    Case No. _____
           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tommy Phillips<br>9478 Homestead Lane<br>Forney TX 75126 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Tony Deeds<br>1970 NW 44th Street<br>Oakland Park FL  33309 | | | Consideration: Trade Debt | | | | 75 |
| ACCOUNT NO.<br><br>Tony Gray<br>1109 Estell Dr<br>Moore OK 73160 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Tony Helms<br>48 Edgewood Cir<br>Ft Oglethorpe GA 30742 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Tony Orts<br>1000 B Rt 25<br>Oswego IL 60543 | | | Consideration: Trade Debt | | | | 600 |

Sheet no. __70__ of __74__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        1,075

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,        Case No. _____
                **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tony Rhodes Jr<br>P.O. Box 2191<br>Murfreesboro TN 37133 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Troy Lind<br>40258 Vista Ridge Dr<br>Palmdale, CA 93551 | | | Consideration: Trade Debt | | | | 55 |
| ACCOUNT NO.<br><br>Uline<br>2200 S Lakeside Dr<br>Waukegan, IL 60085 | | | Consideration: Trade Debt | | | | 3,938 |
| ACCOUNT NO.<br><br>United States Plastic Corp<br>1390 Neubrecht Rd<br>Lima, OH 45801 | | | Consideration: Trade Debt | | | | 248 |
| ACCOUNT NO.<br><br>UPS<br>P.O. Box 650580<br>Dallas, TX 75265 | | | Consideration: Trade Debt | | | | 12,979 |

Sheet no. _71_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     17,320

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc._____,                Case No. _____
                              **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UPS Freight<br>P.O. Box 533238<br>Charlotte, NC 28290 | | | Consideration: Trade Debt | | | | 1,661 |
| ACCOUNT NO.<br><br>UPS Supply Chain Solutions<br>28013 Network Place<br>Chicago, IL 60673 | | | Consideration: Trade Debt | | | | 114 |
| ACCOUNT NO.<br><br>Vernon Rowland<br>1272 Morningside Dt<br>Blanchard OK 73010 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO.<br><br>Victory Valves<br>159 Lugnut Lane<br>Mooresville, NC 28117 | | | Consideration: Trade Debt | | | | 954 |
| ACCOUNT NO.<br><br>Vince Brown<br>118 Herford<br>Payson IL 62360 | | | Consideration: Trade Debt | | | | 150 |

Sheet no. _72_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 2,979

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Barry Grant, Inc._____,    Case No. _____
        **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Vinny Barone <br> 113 Millet St N <br> Dix Hills NY 11746 | | | Consideration: Trade Debt | | | | 100 |
| ACCOUNT NO. <br><br> Volvo Penta of the Americas <br> P.O. Box 751014 <br> Charlotte, NC 28275 | | | Consideration: Trade Debt | | | | 820 |
| ACCOUNT NO. <br><br> Walker Products <br> 14921 Commerce Dr <br> Garden Grove, CA 92843 | | | Consideration: Trade Debt | | | | 48,453 |
| ACCOUNT NO. <br><br> Walley Kruegar <br> 7001 Barton Ct <br> Appleton WI 54913 | | | Consideration: Trade Debt | | | | 150 |
| ACCOUNT NO. <br><br> Wayne Greer <br> 417 Meadow Lane <br> Lowell, IN 46350 | | | Consideration: Trade Debt | | | | 82 |

Sheet no. _73_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 49,605

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Barry Grant, Inc. _____ ,       Case No. _____
             **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wendall Keesaer<br>12047 Dunksburg Rd<br>Seet Springs MO 65351 | | | Consideration: Trade Debt | | | | 200 |
| ACCOUNT NO.<br><br>Western Wire Products Co<br>770 Sun Park Dr<br>Fenton, MI 63026 | | | Consideration: Trade Debt | | | | 2,317 |
| ACCOUNT NO.<br><br>Wilheit Packaging<br>P.O. Box 111<br>Gainesville, GA 30533 | | | Consideration: Trade Debt | | | | 8,869 |
| ACCOUNT NO.<br><br>William Tartavoulle<br>103 Walnut Ave<br>Carriere MS 39426 | | | Consideration: Trade Debt | | | | 75 |
| ACCOUNT NO.<br><br>Yale Commercial Locks & Hardware<br>100 Yale Ave<br>Lenoir City, TN 37771 | | | Consideration: Trade Debt | | | | 2,669 |

Sheet no. _74_ of _74_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $ 14,130

Total ▶  $ 3,617,369

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6G (Official Form 6G) (12/07)**

In re _____Barry Grant, Inc._____    Case No. _____
                                    **Debtor**                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pitney Bowes<br>P.O. Box 856390<br>Louisville, KY 40285 | Postage Meter Lease |
| Barry and Robin Grant<br>289 Farmette Dr<br>Cleveland GA 30528 | Lease of 1450 McDonald Road<br><br>Lease on nonresidential real property |
| Barry and Robin Grant<br>289 Farmette Dr<br>Cleveland GA 30528 | Lease of 6500 Hudspeth Road<br><br>Lease on nonresidential real property |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741  -  31378 - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re    Barry Grant, Inc.                                    Case No.  _____
             **Debtor**                                                                                         **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Barry Grant | BB&T<br>#2575<br>950 East Paces Ferry Road<br>Atlanta, GA 30326 |
| Barry Grant | CIT<br>1560 W Fountainhead Pkwy<br>Tempe AZ 85282 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### Northern District of Georgia

In re    Barry Grant, Inc.                    Case No. _____

                          Debtor

                                             Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $          0 | | |
| B – Personal Property | YES | 3 | $   2,672,497 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $   4,065,301 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $   146,230 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 75 | | $   3,617,369 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $          0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $          0 |
| **TOTAL** | | 88 | $   2,672,497 | $   7,828,900 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741  -  31378 - Adobe PDF

Case 09-24849-reb    Doc 1    Filed 10/13/09    Entered 10/13/09 12:29:01    Desc Main
Document    Page 99 of 176

# United States Bankruptcy Court

## Northern District of Georgia

In re __Barry Grant, Inc._____    Case No. _____

    Debtor

    Chapter ___11___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4.  Total from Schedule F | | $    N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

Barry Grant, Inc.

In re _____     Case No. _____
                    **Debtor**                                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                                Debtor:

Date _____        Signature: _____
                                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                                 Social Security No.
of Bankruptcy Petition Preparer                                             *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____        _____
        Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _Barry Grant, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __90__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ____October 12,2009_____        Signature: _____/s/ Barry Grant_____

                                                                          _____BARRY GRANT_____
                                                                          [Print or type name of individual signing on behalf of debtor.]

-----------------------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In Re  Barry Grant, Inc.                                                                  Case No. _____
                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT |  | SOURCE |
|---|---|---|---|
| 2009 | 3,012,985 | | Business operations |
| 2008 | 5,961,899 | | Busienss Operations |
| 2007 | 7,747,046 | | Business Operations |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741  -  31378 - Adobe PDF

**2.   Income other than from employment or operation of business**

None

☒           State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

**3. Payments to creditors**

None

☒        *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

☐       *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

SEE ATTACHED LIST

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 7/13 | 7/14 | 7/15 | 7/16 | 7/17 | 7/20 | 7/21 |
|---|---|---|---|---|---|---|---|
| AAAA | | | | | 750 | | |
| Alabama Laser | | | | | 461.5 | | |
| Aleta Emerson | | | | | | | |
| American Towing | | | | | | | |
| Amex | | | | | | | |
| Amerigas | | | | | | | |
| Amicalola EMC | | | | | | | |
| Arcade | | 625.25 | | | | | |
| Arlington | | 1040.94 | | | | | 348.4 |
| Auto and Truck-Cash | | | | | | | |
| AXA Life | | | | | | | |
| Bank of America #6061 | | | | | | | |
| Bank of America #8181 | 678 | | | | | | |
| Bank of America Visa | | 1000 | | | | | |
| Bank of America MC | | 1060.33 | | | | | |
| BB&T | | | | | | | |
| Tracy Bearden | | | | | | | |
| Cabarrus County | | | | | | | |
| Calvin Little | | | | | | | |
| CCR Motorsports | | | | | | | |
| CFW | | | | | | | |
| Chase # 2671 | | | | | | | |
| Child Support | | 541.82 | | | | | |
| Chrome Wizard | | | | | | | |
| CITI # 7580 | | | | | | | |
| CIT | | 10273.5 | | | | | |
| Daimler Chrysler | | | | | | | |
| Dale Eicke | | | | | | | |
| Docuteam | | | 219.19 | | 661.25 | | |
| Duke | | | | | | | |
| Dynamic Stampings | | | | | 500 | | |
| Electro Dyn | | | | | 864 | | |
| eLight | | | | | | | |
| Gold City Tires | | | | | 410 | | |
| Empire | | | | | | | |
| Enco | | 472.65 | | | | | |
| Fastenal | | | | | | | |
| Fedex Freight | | | | | | | |
| Fricke Holdings | | | | | | | |
| Good Guys | | | | | | | 1696 |
| Gray Rust Law Firm | | | | | | | |
| HTCI | | | | | | | |
| Ikon | | | | | | | |
| Industrial Controls | | | | | | 1120 | |
| Iowa Metals | | | | | | | |
| Impact Polyurethane | | | | | | | |
| JD Electronics | | | 1792.45 | | | | |
| J.H Systems | | | | | | | |
| Jomar | 33.48 | | | | | | |
| John Kruegar | | | | | | | |
| Ken Seropian | | | | | | | |
| Keystone Tour- cash | | | | | 5000 | | |

1

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 7/13 | 7/14 | 7/15 | 7/16 | 7/17 | 7/20 | 7/21 |
|---|---|---|---|---|---|---|---|
| Keystone Toronto-cash | | | | | | | |
| Law Office of David Bisbee | | | | | | | |
| Lee Kinsey | | | | | | | |
| Lejos Corp | | | | | | | |
| Lumpkin Cty Airport | | | | | 910.2 | | |
| Mcmaster Carr | | | | | | | |
| Merchant Svcs | | | | | | | |
| Metlife | | | | | | | |
| Micro Plastics | | | | | | 104.75 | |
| Mitsubishi Electric | | | | | | | |
| Motor Products | | | | 7166 | | | |
| National City | | | | | 7919.46 | | |
| National Speed Sport | | | | | | 1074 | |
| Neuco | | | | | | | |
| Norco | | | | | 1500 | | |
| Petty Cash | | | | | | | |
| Property Tax | | | | | | | |
| Reliance Gear | | | | | | | |
| Right Stuff | | | | | | | |
| Rochester Midland | | | | | | | |
| Rock Tenn | | | | | | | |
| Rogers | | 2408.55 | | | | | |
| Ryerson | | 12751.44 | | | | | |
| Safety Kleen | | | | | | | |
| Screw Machine | | 2762.7 | | | | | |
| Signal Motorsports | | | | | | | |
| Slack Auto Parts | | | | | 208.6 | | |
| Specialized Motor | | | | | | | |
| Swift Filters | | | | | | | |
| Training Travel-cash | | | | | | | |
| Uline | | | 629.55 | | | 642.2 | |
| United Community | | | | | | | |
| United Healthcare | | | | | | | |
| UPS | | | 2942.28 | | | | |
| Walker | | | | | 7539.27 | | |
| Wetherill | | 47.6 | | | | | |
| Wireformers | | | 555 | | | | |
| Wrico | | 354.9 | | | | | |

2

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 7/22 | 7/23 | 7/24 | 7/27 | 7/28 | 7/29 | 7/30 |
|---|---|---|---|---|---|---|---|
| AAAA | | | | | | | |
| Alabama Laser | 387.45 | | | | | | |
| Aleta Emerson | | | | | | 833.33 | |
| American Towing | | | | | | | |
| Amex | | | | | | 20000 | |
| Amerigas | | | | | | | |
| Amicalola EMC | | | | | | | |
| Arcade | | | | | | 583.22 | |
| Arlington | | | | | 427 | | |
| Auto and Truck-Cash | | | | | | | |
| AXA Life | | | | | | | |
| Bank of America #6061 | | | 950 | | | | |
| Bank of America #8181 | | | | | | | |
| Bank of America Visa | 4000 | | | | | | |
| Bank of America MC | | | | 1000 | | | |
| BB&T | | | | | | 28466.65 | |
| Tracy Bearden | | | 1650 | | | | |
| Cabarrus County | | | 2160.64 | | | | |
| Calvin Little | | | | | | | |
| CCR Motorsports | | | | | | | |
| CFW | | | 2630.48 | | | 1572 | |
| Chase # 2671 | | | | | | | |
| Child Support | | | | | 541.82 | | |
| Chrome Wizard | | | | | | | |
| CITI # 7580 | | | | 492.64 | | | |
| CIT | | | | | | | |
| Daimler Chrysler | | | | | | | |
| Dale Eicke | | | | | | | |
| Docuteam | | | | | | | |
| Duke | | | | | | | |
| Dynamic Stampings | | | 500 | | | | |
| Electro Dyn | | | | | | | 864 |
| eLight | | | | | | | |
| Gold City Tires | | | | 524 | | | |
| Empire | | 11735 | | | | | |
| Enco | | | | | | | |
| Fastenal | | | | | | | |
| Fedex Freight | | 16176.22 | | | | | |
| Fricke Holdings | | | | | | | |
| Good Guys | | | | | | | |
| Gray Rust Law Firm | | | | | | | |
| HTCI | | | 2500 | | | | |
| Ikon | | | | | | | |
| Industrial Controls | | | | | | | |
| Iowa Metals | | | | | | | |
| Impact Polyurethane | | | | | | | |
| JD Electronics | | | | | | | |
| J.H Systems | | | | | | | |
| Jomar | | | | | | | |
| John Kruegar | | | | | | | |
| Ken Seropian | | | | | | | |
| Keystone Tour- cash | | | | | | | 5000 |

3

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 7/22 | 7/23 | 7/24 | 7/27 | 7/28 | 7/29 | 7/30 |
|---|---|---|---|---|---|---|---|
| Keystone Toronto-cash | | | | | | | |
| Law Office of David Bisbee | | | | | | | |
| Lee Kinsey | | 1826 | | | | | |
| Lejos Corp | | | | | | | 895 |
| Lumpkin Cty Airport | | | | | | | |
| Mcmaster Carr | | | | | | | |
| Merchant Svcs | | | | | | | |
| Metlife | | | | | | | 962.26 |
| Micro Plastics | | | | | | | |
| Mitsubishi Electric | | | | | | | |
| Motor Products | | | 7022.68 | | | | |
| National City | | | | | | | |
| National Speed Sport | | | | | | | |
| Neuco | | | | | | | |
| Norco | | | | | | | |
| Petty Cash | | 1019.74 | | | | | |
| Property Tax | | | 2000 | | | | |
| Reliance Gear | | | 867.57 | | | | |
| Right Stuff | | | | | | | |
| Rochester Midland | | | | | | | |
| Rock Tenn | | | | | | | |
| Rogers | | | | | | | 1408.62 |
| Ryerson | | | | | | | |
| Safety Kleen | | | | | | | |
| Screw Machine | | | | | | | |
| Signal Motorsports | | | | | | | |
| Slack Auto Parts | | | | | | | |
| Specialized Motor | | | | | | | |
| Swift Filters | | | | | | | |
| Training Travel-cash | | | | | | | |
| Uline | | | | | | | |
| United Community | | | | | | | |
| United Healthcare | | | | | | | 5714.56 |
| UPS | 2598.43 | | | | | 2327.14 | |
| Walker | | | | | | | |
| Wetherill | | 117.75 | | | | 103 | |
| Wireformers | | | | | | | |
| Wrico | | 186.52 | 685.64 | | | | |

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 7/31 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/10 |
|---|---|---|---|---|---|---|---|
| AAAA | | | | | | | |
| Alabama Laser | | | | | | | |
| Aleta Emerson | | | | | | | |
| American Towing | | | | | | | |
| Amex | | | | | 69248.51 | | |
| Amerigas | | | | | | | |
| Amicalola EMC | | 6888.98 | | | | | |
| Arcade | | | | | | | |
| Arlington | | | 618.51 | | | | |
| Auto and Truck-Cash | | | | | | | |
| AXA Life | | | | | | | |
| Bank of America #6061 | | | | | | | |
| Bank of America #8181 | | | | | | | |
| Bank of America Visa | | | | 1000 | | 1000 | |
| Bank of America MC | | | | | | 500 | |
| BB&T | | | | | | | |
| Tracy Bearden | | | | | | 1365 | |
| Cabarrus County | | | | | | | |
| Calvin Little | | | | | | | |
| CCR Motorsports | | | | | | | |
| CFW | | | | | | | |
| Chase # 2671 | | | | | | | |
| Child Support | | | | | | | |
| Chrome Wizard | | 200 | | | | | |
| CITI # 7580 | | | | | | | |
| CIT | | | | | | | |
| Daimler Chrysler | | | | | | | |
| Dale Eicke | | | | | 2952.85 | | |
| Docuteam | | | | | | | |
| Duke | | | | | 1682.62 | | |
| Dynamic Stampings | | | | | | | |
| Electro Dyn | | | | | | | |
| eLight | | | | | | | 317 |
| Gold City Tires | | | | | | | |
| Empire | | | 7714.43 | | | | 11570 |
| Enco | | | | | 564.43 | | |
| Fastenal | | | | | | | |
| Fedex Freight | | | | | | | |
| Fricke Holdings | | | | | | | |
| Good Guys | | | | | | | |
| Gray Rust Law Firm | | | | | | | |
| HTCI | | | | | | | |
| Ikon | | | | | | | |
| Industrial Controls | | | | | | | |
| Iowa Metals | | | | | | | 1270.55 |
| Impact Polyurethane | | | | | | | |
| JD Electronics | | | | | | | |
| J.H Systems | | | | | | | |
| Jomar | | | | | | | |
| John Kruegar | | | | | | | |
| Ken Seropian | | | | | | | |
| Keystone Tour- cash | | | | | | | |

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 7/31 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/10 |
|---|---|---|---|---|---|---|---|
| Keystone Toronto-cash | | | | | | | |
| Law Office of David Bisbee | | | | | | | |
| Lee Kinsey | | | | | | 1276 | |
| Lejos Corp | | | | | | | |
| Lumpkin Cty Airport | | | | | | | |
| Mcmaster Carr | 200 | | | | | | 200 |
| Merchant Svcs | | | 921.89 | | 819.51 | | |
| Metlife | | | | | | | |
| Micro Plastics | 420 | | | | | | |
| Mitsubishi Electric | | | | | | | |
| Motor Products | | | | | | | |
| National City | | | | | | | |
| National Speed Sport | | | | | | | |
| Neuco | | | | | | | |
| Norco | | | | | | | |
| Petty Cash | | | | | | | |
| Property Tax | | | | | | | |
| Reliance Gear | | | | | | | |
| Right Stuff | | | | | | | |
| Rochester Midland | 1088.45 | | | | | | |
| Rock Tenn | | | | | | | |
| Rogers | | | | | | | |
| Ryerson | | | | | | | |
| Safety Kleen | | | | | | | |
| Screw Machine | | | | | | | |
| Signal Motorsports | | | | | | | |
| Slack Auto Parts | | | | | | | |
| Specialized Motor | | | | | | | |
| Swift Filters | | | | | | | |
| Training Travel-cash | | | | | | | |
| Uline | 672.85 | | | | | | 685.05 |
| United Community | | | | | | | |
| United Healthcare | | | | | | | |
| UPS | | | | 2180.19 | | | |
| Walker | | | | | | | |
| Wetherill | | | | | | | |
| Wireformers | | | | | | | |
| Wrico | 368.78 | | | | | | |

6

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 8/11 | 8/12 | 8/13 | 8/14 | 8/17 | 8/18 | 8/19 |
|---|---|---|---|---|---|---|---|
| AAAA | | | | | | | |
| Alabama Laser | | 288.09 | | | | | |
| Aleta Emerson | | | | | | | |
| American Towing | | | | | 1100 | | |
| Amex | | | | | | | |
| Amerigas | | | | | 866.13 | | |
| Amicalola EMC | | | | | | | |
| Arcade | | | | | | | |
| Arlington | 1534.45 | | | | | 1734.3 | |
| Auto and Truck-Cash | | | | | | | |
| AXA Life | | | | | | | |
| Bank of America #6061 | | | | | | | |
| Bank of America #8181 | | 672 | | | | | |
| Bank of America Visa | | | | | | | |
| Bank of America MC | | | | | 500 | | |
| BB&T | | | | | | | |
| Tracy Bearden | | | | | | | |
| Cabarrus County | | | | | | | |
| Calvin Little | | | | | | | |
| CCR Motorsports | | | | | | | |
| CFW | | | | | | | |
| Chase # 2671 | | | | | | | 1561.39 |
| Child Support | 541.82 | | | | | | |
| Chrome Wizard | | | | | | | |
| CITI # 7580 | | | | | | | 240.16 |
| CIT | | | | | | | |
| Daimler Chrysler | | | | | 1188.37 | | |
| Dale Eicke | | | | | | | |
| Docuteam | | | | | | | |
| Duke | | | | | | | |
| Dynamic Stampings | | | | | | | |
| Electro Dyn | | | | | | | |
| eLight | | | | | | | |
| Gold City Tires | | | | | | | |
| Empire | | | | | | | |
| Enco | | | | | | | |
| Fastenal | | | | | | | |
| Fedex Freight | | | | | | | |
| Fricke Holdings | | | | | | | |
| Good Guys | | | | | | | |
| Gray Rust Law Firm | | | | | | | |
| HTCI | | | | | | | |
| Ikon | | | | | 647.8 | | |
| Industrial Controls | | | | 1214.5 | | | |
| Iowa Metals | | | | | | | |
| Impact Polyurethane | | | | | | | |
| JD Electronics | | | | | | | |
| J.H Systems | | | | | | | |
| Jomar | | 316.73 | | | | | |
| John Kruegar | | | | | | | |
| Ken Seropian | | | | | | | |
| Keystone Tour- cash | | | | | | | |

7

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 8/11 | 8/12 | 8/13 | 8/14 | 8/17 | 8/18 | 8/19 |
|---|---|---|---|---|---|---|---|
| Keystone Toronto-cash | | | | | | | |
| Law Office of David Bisbee | | | | | | | |
| Lee Kinsey | | | | | | | |
| Lejos Corp | | | 1029.5 | | | | |
| Lumpkin Cty Airport | | | | | | | |
| Mcmaster Carr | | | | | 200 | | |
| Merchant Svcs | | | | | | | |
| Metlife | | | | | | | |
| Micro Plastics | | | | | | | |
| Mitsubishi Electric | | | | | | | |
| Motor Products | | | | | | | |
| National City | | | | | | | |
| National Speed Sport | | | | | | | |
| Neuco | | | | | | | |
| Norco | | | | | | | |
| Petty Cash | | | | | | | |
| Property Tax | | | | | | | |
| Reliance Gear | | | | | | | |
| Right Stuff | | | | | | | 465 |
| Rochester Midland | | | | | | | |
| Rock Tenn | | | | | | | |
| Rogers | | | | | | | |
| Ryerson | 16578.01 | | | | | | |
| Safety Kleen | | | | | | | |
| Screw Machine | 1329.6 | | | | | | |
| Signal Motorsports | 968 | | | | | | |
| Slack Auto Parts | | | | | 738.43 | | |
| Specialized Motor | 418 | | | | | | |
| Swift Filters | 1976.25 | | | | | | |
| Training Travel-cash | | | | | | | |
| Uline | | | | | | | |
| United Community | | | | | | | |
| United Healthcare | | | | | | | |
| UPS | | 2628.5 | | | | | 2439.78 |
| Walker | 14374.92 | | | | | | |
| Wetherill | 264 | 50 | | | | | |
| Wireformers | | | | | | | |
| Wrico | | | | | 689.13 | | |

8

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 8/20 | 8/21 | 8/24 | 8/25 | 8/26 | 8/27 | 8/28 |
|---|---|---|---|---|---|---|---|
| AAAA | | | | | | | |
| Alabama Laser | | | | | | | |
| Aleta Emerson | | | | | | | |
| American Towing | | | | | | | |
| Amex | | | | 15000 | | | |
| Amerigas | | | | | | | |
| Amicalola EMC | | | | | | | |
| Arcade | | | | | | | |
| Arlington | | | | 679.22 | | | |
| Auto and Truck-Cash | | 2050 | | | | | |
| AXA Life | | | | | | | |
| Bank of America #6061 | | | | | | | |
| Bank of America #8181 | | | | | | | |
| Bank of America Visa | | | | | 2000 | | |
| Bank of America MC | | | | | | | |
| BB&T | | | | | | | |
| Tracy Bearden | | 1710 | | | | | |
| Cabarrus County | | | 142.19 | | | | |
| Calvin Little | | | 3489.14 | | | | |
| CCR Motorsports | | | | | | | |
| CFW | | | | | | | |
| Chase # 2671 | | | | 1198.11 | 1495.39 | | 1922.4 |
| Child Support | | | | 541.82 | | | |
| Chrome Wizard | | | 400 | | | | |
| CITI # 7580 | | | | | | | |
| CIT | 10273.5 | | | | | | |
| Daimler Chrysler | | | | | | | |
| Dale Eicke | | | | | | | |
| Docuteam | | | | | | | |
| Duke | | | | | | | |
| Dynamic Stampings | | | | | | | |
| Electro Dyn | | | | | | | |
| eLight | | | | 4110 | | | |
| Gold City Tires | | | | | | | |
| Empire | 8275 | | 8800 | | 915 | | |
| Enco | | | | | | | |
| Fastenal | | | | | | | |
| Fedex Freight | 11613.02 | | | | | | |
| Fricke Holdings | | | | | | | |
| Good Guys | | | | | | | |
| Gray Rust Law Firm | | | | | | | |
| HTCI | | | | | | | |
| Ikon | | | | | | | |
| Industrial Controls | | | | | | | |
| Iowa Metals | | | | | | | |
| Impact Polyurethane | | | | | | | |
| JD Electronics | | | | | | | |
| J.H Systems | | | | | | | |
| Jomar | | | | 147.38 | | | |
| John Kruegar | | | | | | | |
| Ken Seropian | | | 2735.49 | | | | |
| Keystone Tour- cash | | | | | | | |

9

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 8/20 | 8/21 | 8/24 | 8/25 | 8/26 | 8/27 | 8/28 |
|---|---|---|---|---|---|---|---|
| Keystone Toronto-cash | 1800 | | | | | | |
| Law Office of David Bisbee | | | | | | | |
| Lee Kinsey | 1496 | | | | | | |
| Lejos Corp | | | | | | | |
| Lumpkin Cty Airport | | | | | | | |
| Mcmaster Carr | | | 200 | | | | |
| Merchant Svcs | | | | | | | |
| Metlife | | | | | | | |
| Micro Plastics | | | | | | | |
| Mitsubishi Electric | | | | | | | |
| Motor Products | | | | | | | |
| National City | | | 3964.91 | | | | |
| National Speed Sport | | | | | | | |
| Neuco | | | | | | | |
| Norco | | | | | | | |
| Petty Cash | | | | | | | |
| Property Tax | | | | | | | |
| Reliance Gear | | | | | | | |
| Right Stuff | | | | | | | |
| Rochester Midland | | | | | | | |
| Rock Tenn | | | | | | | |
| Rogers | | | | | | | |
| Ryerson | | | | | | | |
| Safety Kleen | | | | | | | |
| Screw Machine | | | | | | | |
| Signal Motorsports | | | | | | | |
| Slack Auto Parts | | | | | | | |
| Specialized Motor | | | | | | | |
| Swift Filters | | | | | | | |
| Training Travel-cash | | | | | | | |
| Uline | | | 545 | | | | |
| United Community | | | | 1917.52 | | | |
| United Healthcare | | | | | | | |
| UPS | | | | | 2508.06 | | |
| Walker | | | | | | | |
| Wetherill | | 177 | | | 96 | | 202 |
| Wireformers | | | | | | | |
| Wrico | | 727.97 | | | | | |

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 8/31 | 9/1 | 9/2 | 9/3 | 9/4 | 9/8 | 9/9 |
|---|---|---|---|---|---|---|---|
| AAAA | | | | | | | |
| Alabama Laser | | | 433.5 | | | | 94.5 |
| Aleta Emerson | 833.33 | | | | | | |
| American Towing | | | | | | | |
| Amex | | | | | | 64542.66 | |
| Amerigas | | | | | | | |
| Amicalola EMC | | | 6299.21 | | | | |
| Arcade | | | | | | | |
| Arlington | | | 683.55 | | | 1235.85 | |
| Auto and Truck-Cash | | | | | | | |
| AXA Life | 2945 | | | | | | |
| Bank of America #6061 | 723 | | | | | | |
| Bank of America #8181 | | | | | | | |
| Bank of America Visa | | | | | 1000 | | |
| Bank of America MC | | | | | 1300 | | |
| BB&T | 32830.4 | | | | | | |
| Tracy Bearden | | | | | 720 | | |
| Cabarrus County | | | | | | | |
| Calvin Little | | | | | | | |
| CCR Motorsports | | | | | | | |
| CFW | | | | | | | |
| Chase # 2671 | | | | | | | |
| Child Support | | | | | | 541.82 | |
| Chrome Wizard | | | | | | | |
| CITI # 7580 | | | | | | | |
| CIT | | | | | | | |
| Daimler Chrysler | | | | | | | |
| Dale Eicke | | | | | | | |
| Docuteam | | | | | | | |
| Duke | | | | | | | |
| Dynamic Stampings | | | | | | | |
| Electro Dyn | | | | | | | |
| eLight | | | | | | | |
| Gold City Tires | | | | | | | |
| Empire | | | | | | 13438.34 | |
| Enco | | | | | | | |
| Fastenal | | | | | | | |
| Fedex Freight | | | | | | | |
| Fricke Holdings | | | | | | | |
| Good Guys | | 1696 | | | | | |
| Gray Rust Law Firm | | | | | | | |
| HTCI | | | | | | | |
| Ikon | | | | | | | |
| Industrial Controls | | | | | | | |
| Iowa Metals | | | | | | | |
| Impact Polyurethane | | | | | | | |
| JD Electronics | | | | | | | |
| J.H Systems | | | | | | | |
| Jomar | | | | | | | |
| John Kruegar | | | | | | | |
| Ken Seropian | | | | | | | |
| Keystone Tour- cash | | | | | | | |

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 8/31 | 9/1 | 9/2 | 9/3 | 9/4 | 9/8 | 9/9 |
|---|---|---|---|---|---|---|---|
| Keystone Toronto-cash | | | | | | | |
| Law Office of David Bisbee | | | | | | | |
| Lee Kinsey | | | | 1122 | | | |
| Lejos Corp | | | | | | | |
| Lumpkin Cty Airport | | | | | | | |
| Mcmaster Carr | 200 | | | | | | |
| Merchant Svcs | | | 4.95 | | 13.95 | | 552.91 |
| Metlife | | | | | 748.92 | 844.47 | |
| Micro Plastics | | | | | | | |
| Mitsubishi Electric | | | | | | | |
| Motor Products | | | | | | | |
| National City | | | | | | | |
| National Speed Sport | | | | | | | |
| Neuco | | | | 1529 | | | |
| Norco | | | | | | | |
| Petty Cash | 994.8 | | | | | | |
| Property Tax | | | | | | | |
| Reliance Gear | | | | | | | |
| Right Stuff | | | | | | | |
| Rochester Midland | | | | | | | |
| Rock Tenn | | | | | | 3024 | |
| Rogers | | | | 2112.93 | | | |
| Ryerson | | | | | | | |
| Safety Kleen | 3498.7 | | | | | | |
| Screw Machine | | | | | | | |
| Signal Motorsports | | | | | | | |
| Slack Auto Parts | | | | | | | |
| Specialized Motor | | | | | | | |
| Swift Filters | | | | | | | |
| Training Travel-cash | | | | | | 2000 | |
| Uline | 755.5 | | | | | | |
| United Community | | | | | | | |
| United Healthcare | 5790.99 | | | | | | |
| UPS | | | 1737.28 | | | | |
| Walker | | | | | | | |
| Wetherill | | | | | | | |
| Wireformers | | | | 536 | | | |
| Wrico | | | 965.6 | | 637.14 | | |

12

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 9/10 | 9/11 | 9/14 | 9/15 | 9/16 | 9/17 | 9/18 |
|---|---|---|---|---|---|---|---|
| AAAA | 750 | | | | | | |
| Alabama Laser | | 340.5 | | | | | |
| Aleta Emerson | | | | | | | |
| American Towing | | | | | | | |
| Amex | | | | | | | |
| Amerigas | | | | | | | |
| Amicalola EMC | | | | | | | |
| Arcade | 583.22 | 270.6 | | | | | |
| Arlington | | | | 1292.1 | | | |
| Auto and Truck-Cash | | | | | | | |
| AXA Life | | | | | | | |
| Bank of America #6061 | | | | | | | |
| Bank of America #8181 | | | 650 | | | | |
| Bank of America Visa | | | | 500 | 2000 | | |
| Bank of America MC | | | | 518.54 | 2481.46 | | |
| BB&T | | | | | | | |
| Tracy Bearden | | | | | | | 2610.09 |
| Cabarrus County | | | | | | | |
| Calvin Little | | | | | | | |
| CCR Motorsports | | | | | | | 9658.25 |
| CFW | | | | | | | |
| Chase # 2671 | | | | | | | |
| Child Support | | | | | | | |
| Chrome Wizard | | | 400 | | | | |
| CITI # 7580 | | | | | | | |
| CIT | | | | | | | |
| Daimler Chrysler | | | | | | | |
| Dale Eicke | | | | | | | |
| Docuteam | | | | | | | |
| Duke | | | | | | | |
| Dynamic Stampings | | | | | | | |
| Electro Dyn | | | | | | | |
| eLight | | | | | | | |
| Gold City Tires | 475 | | | | | | |
| Empire | | | | | | | |
| Enco | | | | | 625.49 | | |
| Fastenal | | | | | | | |
| Fedex Freight | | | | 8371.82 | | | |
| Fricke Holdings | | | | | | | |
| Good Guys | | | | | | | |
| Gray Rust Law Firm | | | | | | | |
| HTCI | | | | | | | |
| Ikon | | | | | | | |
| Industrial Controls | | | | | | | |
| Iowa Metals | | | | | | | |
| Impact Polyurethane | | | | | | | |
| JD Electronics | | | | | | | |
| J.H Systems | | | | | | | |
| Jomar | | | | | | | 103.34 |
| John Kruegar | | | | | | | |
| Ken Seropian | | | | | | | |
| Keystone Tour- cash | | | | | | | |

13

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 9/10 | 9/11 | 9/14 | 9/15 | 9/16 | 9/17 | 9/18 |
|---|---|---|---|---|---|---|---|
| Keystone Toronto-cash | | | | | | | |
| Law Office of David Bisbee | | | | | | | |
| Lee Kinsey | | | | | 1540 | | |
| Lejos Corp | | | | | | | |
| Lumpkin Cty Airport | | | | | | | |
| Mcmaster Carr | 100.32 | | | | 100 | | |
| Merchant Svcs | | | | | | | |
| Metlife | | | | | | | |
| Micro Plastics | 1064.69 | | | | | | |
| Mitsubishi Electric | | | | | | | |
| Motor Products | | | | | | | |
| National City | | | | | | | |
| National Speed Sport | | | | | | | |
| Neuco | | | | | | | |
| Norco | | | | | | | |
| Petty Cash | | | | | | | |
| Property Tax | | | | | | | |
| Reliance Gear | | | | | | | |
| Right Stuff | | 1009.05 | | | | | |
| Rochester Midland | | | | | | | |
| Rock Tenn | | | | | | | |
| Rogers | | | | | | | |
| Ryerson | 6009.51 | | | 5416.17 | | | |
| Safety Kleen | | | | | | | |
| Screw Machine | | | | 2820.9 | | | |
| Signal Motorsports | | | | | | | |
| Slack Auto Parts | | | | | | | |
| Specialized Motor | | | | 418 | | | |
| Swift Filters | | | | | 1338.75 | | |
| Training Travel-cash | | | | | | | |
| Uline | | | | | 572.55 | | |
| United Community | | | | | | | |
| United Healthcare | | | | | | | |
| UPS | | | | | 2378.19 | | |
| Walker | | | | 14959.22 | | | |
| Wetherill | | | | | | | |
| Wireformers | | | | | | | |
| Wrico | | | | | | 996.96 | |

14

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 9/21 | 9/22 | 9/23 | 9/24 | 9/25 | 9/28 | 9/29 |
|---|---|---|---|---|---|---|---|
| AAAA | | | | | | | |
| Alabama Laser | | 141.75 | | | | | |
| Aleta Emerson | | | | | | | |
| American Towing | | | | | | | |
| Amex | | | | | | | |
| Amerigas | | | | | | | |
| Amicalola EMC | | | | | | | |
| Arcade | | | | | | | |
| Arlington | | 1279.4 | | | | | |
| Auto and Truck-Cash | | | | | | | |
| AXA Life | | | | | | | |
| Bank of America #6061 | | | | | | | |
| Bank of America #8181 | | | | | | | |
| Bank of America Visa | | | | | | | |
| Bank of America MC | | | | | | | |
| BB&T | | | | | | | |
| Tracy Bearden | | | | | | | |
| Cabarrus County | | | | | | | |
| Calvin Little | | | | | | | |
| CCR Motorsports | | | | | 9658.25 | | |
| CFW | | | | | | | |
| Chase # 2671 | | | | | | | |
| Child Support | | | | | 655.82 | | |
| Chrome Wizard | | | | | | | |
| CITI # 7580 | | | | 237.78 | | | |
| CIT | | | | | | | |
| Daimler Chrysler | | | | | 1132.4 | | |
| Dale Eicke | | | | | | | |
| Docuteam | | | | | | | |
| Duke | | | | | 1626.14 | | |
| Dynamic Stampings | | | | | | | |
| Electro Dyn | | | | | | | |
| eLight | | | | | | | |
| Gold City Tires | | | | | | | |
| Empire | | | | | 7352.67 | | |
| Enco | | | | | | | |
| Fastenal | | | | | | | |
| Fedex Freight | | | | | | | |
| Fricke Holdings | | | | | | | |
| Good Guys | | | | | | | |
| Gray Rust Law Firm | | | | | 1052.22 | | |
| HTCI | | | | | | | |
| Ikon | | | | | | | |
| Industrial Controls | | | | | | | |
| Iowa Metals | | | | | | | |
| Impact Polyurethane | | | | | | | |
| JD Electronics | | | | | | | |
| J.H Systems | | | | | | | |
| Jomar | | | | | | | |
| John Kruegar | | | | | | 1144.24 | |
| Ken Seropian | | | | | | | |
| Keystone Tour- cash | | | | | | | |

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 9/21 | 9/22 | 9/23 | 9/24 | 9/25 | 9/28 | 9/29 |
|---|---|---|---|---|---|---|---|
| Keystone Toronto-cash | | | | | | | |
| Law Office of David Bisbee | | | | | | | |
| Lee Kinsey | | | | | | | |
| Lejos Corp | | | | | 1029.5 | | |
| Lumpkin Cty Airport | | | | | | | |
| Mcmaster Carr | | | | | | | |
| Merchant Svcs | | | | 1187.85 | | | |
| Metlife | | | | | 468.28 | | |
| Micro Plastics | | | | | | | |
| Mitsubishi Electric | 1785 | | | | | | |
| Motor Products | | | | | 7130.17 | | |
| National City | | | | | | | |
| National Speed Sport | | | | | | | |
| Neuco | | | | | | | |
| Norco | | | | | | | |
| Petty Cash | | | | 939.77 | | | |
| Property Tax | | | | | | | |
| Reliance Gear | | | | | | | |
| Right Stuff | | | | | | | |
| Rochester Midland | | | | | | | |
| Rock Tenn | | | | | | | |
| Rogers | 1704.24 | | | | | | |
| Ryerson | | | | | | | |
| Safety Kleen | | | | | | | |
| Screw Machine | | | | | | | |
| Signal Motorsports | | | | | | | |
| Slack Auto Parts | | | | | | | |
| Specialized Motor | | | | | | | |
| Swift Filters | | | | | | | |
| Training Travel-cash | | | | | | | |
| Uline | | | | | | | |
| United Community | | | | | | | |
| United Healthcare | | | | | 5714.56 | | |
| UPS | | | | | | | |
| Walker | | | | | | | |
| Wetherill | | | | | | | 555 |
| Wireformers | | | | | | | |
| Wrico | | | | | | | |

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 9/30 | 10/1 | 10/2 | 10/5 | 10/6 | 10/7 | 10/8 |
|---|---|---|---|---|---|---|---|
| AAAA | | | | | | | |
| Alabama Laser | | | | | | | |
| Aleta Emerson | 833.33 | | | | | | |
| American Towing | | | | | | | |
| Amex | | | | | | | |
| Amerigas | | | | | | | |
| Amicalola EMC | | 7047.28 | | | | | |
| Arcade | | | | | | | |
| Arlington | 822.15 | | | | 569.8 | | |
| Auto and Truck-Cash | | | | | | | |
| AXA Life | | | | | | | |
| Bank of America #6061 | | 716 | | | | | |
| Bank of America #8181 | | | | | | | |
| Bank of America Visa | | | | | | | |
| Bank of America MC | | | | | | | |
| BB&T | | | | | | | |
| Tracy Bearden | | | 1072.5 | | | | |
| Cabarrus County | | | | | | | |
| Calvin Little | | | | | | | |
| CCR Motorsports | | | | | 9658.25 | | |
| CFW | | | | | | | |
| Chase # 2671 | | | | | | | |
| Child Support | | | | | 655.82 | | |
| Chrome Wizard | | | | | | | |
| CITI # 7580 | | | 362.83 | | | | |
| CIT | | | | | | | |
| Daimler Chrysler | | | | | | | |
| Dale Eicke | | | | | | | |
| Docuteam | 301.69 | | | | | | |
| Duke | | | | | | 1606.94 | |
| Dynamic Stampings | | | | | | | |
| Electro Dyn | | | | | | | |
| eLight | | | | | | | |
| Gold City Tires | | | | | | | |
| Empire | | | | | | 6340 | |
| Enco | | | | | | | |
| Fastenal | 997.82 | | | | | | |
| Fedex Freight | | | | | | | |
| Fricke Holdings | | | | | | | |
| Good Guys | | | | | | | |
| Gray Rust Law Firm | | | | | | | |
| HTCI | | | | | | | |
| Ikon | 647.8 | | | | | | |
| Industrial Controls | 741.5 | | | | | | |
| Iowa Metals | | | | | | | |
| Impact Polyurethane | | | 2049.45 | | | | |
| JD Electronics | | 200 | | | | 270 | |
| J.H Systems | | 300 | | | | 750 | |
| Jomar | | | | | | | 72.76 |
| John Kruegar | | | | | | | |
| Ken Seropian | | | | | | | |
| Keystone Tour- cash | | | | | | | |

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 9/30 | 10/1 | 10/2 | 10/5 | 10/6 | 10/7 | 10/8 |
|---|---|---|---|---|---|---|---|
| Keystone Toronto-cash | | | | | | | |
| Law Office of David Bisbee | | | | | | 41039 | |
| Lee Kinsey | | | 1078 | | | | |
| Lejos Corp | | | | | | | |
| Lumpkin Cty Airport | | | | | | | |
| Mcmaster Carr | 195.48 | 100 | | | | | |
| Merchant Svcs | | | 4.95 | | 1197.63 | | |
| Metlife | | | | | | | |
| Micro Plastics | | | | | | | |
| Mitsubishi Electric | | | | | | | |
| Motor Products | | | | | | | |
| National City | 5810.81 | 4853.32 | | | | | |
| National Speed Sport | | | | | | | |
| Neuco | | | | | | | |
| Norco | | 817.21 | | | | | |
| Petty Cash | 1077.74 | | | | | | |
| Property Tax | | | | | | | |
| Reliance Gear | | | | | | | |
| Right Stuff | | | | | | | |
| Rochester Midland | | | | | | | |
| Rock Tenn | | | | | | | |
| Rogers | | | | | | | |
| Ryerson | | | | | 7408.76 | | |
| Safety Kleen | | | | | | | |
| Screw Machine | | | | | | | 2171.7 |
| Signal Motorsports | | | | | | | |
| Slack Auto Parts | | | | | | | |
| Specialized Motor | | | | | | | |
| Swift Filters | | | | | | | |
| Training Travel-cash | | | | | | | |
| Uline | 385.04 | | | | | | |
| United Community | | | | | | | |
| United Healthcare | | | | | | | |
| UPS | | | | | | | |
| Walker | | | | | | | 7396.57 |
| Wetherill | | | | 555 | | | 555 |
| Wireformers | | | | | 330 | | |
| Wrico | | | 130.24 | | | | |

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 10/9 | Totals |
|---|---|---|
| AAAA | | $ 1,500.00 |
| Alabama Laser | | $ 2,147.29 |
| Aleta Emerson | | $ 2,499.99 |
| American Towing | | $ 1,100.00 |
| Amex | | $ 168,791.17 |
| Amerigas | | $ 866.13 |
| Amicalola EMC | | $ 20,235.47 |
| Arcade | | $ 2,062.29 |
| Arlington | | $ 12,265.67 |
| Auto and Truck-Cash | | $ 2,050.00 |
| AXA Life | | $ 2,945.00 |
| Bank of America #6061 | | $ 2,389.00 |
| Bank of America #8181 | 780 | $ 2,780.00 |
| Bank of America Visa | 4000 | $ 16,500.00 |
| Bank of America MC | | $ 7,360.33 |
| BB&T | | $ 61,297.05 |
| Tracy Bearden | | $ 9,127.59 |
| Cabarrus County | | $ 2,302.83 |
| Calvin Little | | $ 3,489.14 |
| CCR Motorsports | | $ 28,974.75 |
| CFW | | $ 4,202.48 |
| Chase # 2671 | | $ 6,177.29 |
| Child Support | | $ 4,020.74 |
| Chrome Wizard | | $ 1,000.00 |
| CITI # 7580 | | $ 1,333.41 |
| CIT | | $ 20,547.00 |
| Daimler Chrysler | | $ 2,320.77 |
| Dale Eicke | | $ 2,952.85 |
| Docuteam | | $ 1,182.13 |
| Duke | | $ 4,915.70 |
| Dynamic Stampings | | $ 1,000.00 |
| Electro Dyn | | $ 1,728.00 |
| eLight | | $ 4,427.00 |
| Gold City Tires | | $ 1,409.00 |
| Empire | 17205 | $ 93,345.44 |
| Enco | | $ 1,662.57 |
| Fastenal | | $ 997.82 |
| Fedex Freight | | $ 36,161.06 |
| Fricke Holdings | 5000 | $ 5,000.00 |
| Good Guys | | $ 3,392.00 |
| Gray Rust Law Firm | | $ 1,052.22 |
| HTCI | | $ 2,500.00 |
| Ikon | | $ 1,295.60 |
| Industrial Controls | | $ 3,076.00 |
| Iowa Metals | | $ 1,270.55 |
| Impact Polyurethane | 2,049.45 | $ 4,098.90 |
| JD Electronics | | $ 2,262.45 |
| J.H Systems | | $ 1,050.00 |
| Jomar | | $ 673.69 |
| John Kruegar | | $ 1,144.24 |
| Ken Seropian | | $ 2,735.49 |
| Keystone Tour- cash | | $ 10,000.00 |

Barry Grant Inc
Payments to Creditors
10/8/09

| Vendor | 10/9 | | |
|---|---|---|---|
| Keystone Toronto-cash | | $ | 1,800.00 |
| Law Office of David Bisbee | | $ | 41,039.00 |
| Lee Kinsey | | $ | 8,338.00 |
| Lejos Corp | | $ | 2,954.00 |
| Lumpkin Cty Airport | | $ | 910.20 |
| Mcmaster Carr | | $ | 1,495.80 |
| Merchant Svcs | | $ | 4,703.64 |
| Metlife | | $ | 3,023.93 |
| Micro Plastics | | $ | 1,589.44 |
| Mitsubishi Electric | | $ | 1,785.00 |
| Motor Products | | $ | 21,318.85 |
| National City | | $ | 22,548.50 |
| National Speed Sport | | $ | 1,074.00 |
| Neuco | | $ | 1,529.00 |
| Norco | | $ | 2,317.21 |
| Petty Cash | 827.62 | $ | 4,859.67 |
| Property Tax | | $ | 2,000.00 |
| Reliance Gear | | $ | 867.57 |
| Right Stuff | | $ | 1,474.05 |
| Rochester Midland | | $ | 1,088.45 |
| Rock Tenn | | $ | 3,024.00 |
| Rogers | 1408.61 | $ | 9,042.95 |
| Ryerson | 1524.87 | $ | 49,688.76 |
| Safety Kleen | | $ | 3,498.70 |
| Screw Machine | | $ | 9,084.90 |
| Signal Motorsports | | $ | 968.00 |
| Slack Auto Parts | | $ | 947.03 |
| Specialized Motor | | $ | 836.00 |
| Swift Filters | | $ | 3,315.00 |
| Training Travel-cash | | $ | 2,000.00 |
| Uline | | $ | 4,887.74 |
| United Community | | $ | 1,917.52 |
| United Healthcare | | $ | 17,220.11 |
| UPS | | $ | 21,739.85 |
| Walker | | $ | 44,269.98 |
| Wetherill | | $ | 2,722.35 |
| Wireformers | | $ | 1,421.00 |
| Wrico | | $ | 5,742.88 |

None

☐

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTACHED LIST | | | |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| DHL Express vs Barry Grant Inc 09-CV-49-MM | Suit on account | Superior Court for Limpkin County | Pending |
| Rutland Tool & Supply vs Barry Grant Inc 09-CV-613-DB | Suit on account | Superior Court for Lumpkin County | Settled |
| Moore Wallace Inc vs Barry Grant Inc 08-CV-750-MM | Suit on account | Superior Court for Lumpkin County | Paid |
| Marshall's Auto Parts vs Barry Grant Inc 09-MCV-279-L | Suit on account | Magistrate Court for Lumpkin County | Settled |
| Rohrer Corp vs Barry Grant Inc 09-CVF-07574 | Suit on account | Akron Municipal Court. Akron OH | Pending |
| Specialty Motors vs Barry Grant Inc 07-CV-889-DB | Suit on account | Superior Court for Lumpkin County | Paid |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc... ver. 4.4.9-741 - 31378 - Adobe PDF

Compensation

| Date | Barry Amount | Robin Amount |
|------|-------------|--------------|
| 10/2/09 | 2900 | 10384.62 |
| 9/18/09 | 2900 | 10384.62 |
| 9/4/09 | 2900 | 10384.62 |
| 8/21/09 | 2900 | 10384.62 |
| 8/7/09 | 2900 | 16523.18 |
| 7/24/09 | 2900 | 10384.62 |
| 7/10/09 | 9792.31 | 2307.69 |
| 6/26/09 | 9792.31 | 2307.69 |
| 6/12/09 | 9792.31 | 2307.69 |
| 5/29/09 | 9792.31 | 2307.69 |
| 5/15/09 | 9792.31 | 2307.69 |
| 5/1/09 | 9792.31 | 2307.69 |
| 4/17/09 | 9792.31 | 2307.69 |
| 4/3/09 | 9792.31 | 2307.69 |
| 3/20/09 | 9792.31 | 2307.69 |
| 3/6/09 | 9792.31 | 2307.69 |
| 2/20/09 | 9792.31 | 2307.69 |
| 2/6/09 | 9792.31 | 2307.69 |
| 1/23/09 | 9792.31 | 2307.69 |
| 1/9/09 | 9792.31 | 2307.69 |
| 12/26/08 | 12100 | 0 |
| 12/12/08 | 12100 | 0 |
| 11/28/08 | 12100 | 0 |
| 11/14/08 | 12100 | 0 |
| 10/31/08 | 12100 | 0 |
| 10/17/08 | 12100 | 0 |
| | $227,092 | $100,754 |
| Total | $327,846 | |

None ☒    b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None ☒     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None ☒    a.     Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
☒

      List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.   Losses**

None
☒

      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.   Payments related to debt counseling or bankruptcy**

None
☐

      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Scroggins & Williamson<br>1500 Candler Bldg<br>127 Peachtree Street<br>Atlanta, GA 30303 | 3/12/09 | $5,000.00 |
| David G. Bisbee<br>2929 Tall Pines Way<br>Atlanta, GA 30345 | 10/6/09 | $41,039.00<br>$1,039.00 applied to filing fee.<br>$8,662.50 applied to pre-petition fees.<br>$31,337.50 retainer balance held in escrow |

**10.  Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial
☒        affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
         commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
         either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
         is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☐       which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
        this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
        shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
        houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include
        information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
        filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| BB&T 1636 Mt Vernon Dunwoody, GA 30338 | Busieness Savings XXXXXXXXX1755   Closing Balance: 2928 | 9/15/09 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

**12.  Safe deposit boxes**

None

☒

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None

☒

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None

☒

    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None

☒

    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| 1450 McDonald Road | EPD | 10/5/09 | Exceeded storage limit |

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None


| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental
Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit
that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director,
partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a
trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the six years immediately preceding the commencement
of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined
in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any
individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of
the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities
of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in
business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has
not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Robin Grant<br>1450 McDonald Road<br>Dahlonega, GA | 8/03 to present |

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒    case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐    books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Robin Grant | 1450 McDonald Road<br>Dahlonega, GA |

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐    a financial statement was issued within the two years immediately preceding the commencement of this case by
     the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| BB&T<br>#2575<br>950 East Paces Ferry Rd<br>Atlanta, GA 30326 | 12/3/07, 6/16/08. 10/28/08. 11/18/08. 12 × |
| Bridge Business Bancorp<br>1319 Saluda Rd<br>Knoxville, TN 37922 | 8/19/08 |
| Cal First Leasing<br>18201 Von Karman<br>Irvine, CA 92612 | 1/23/08 |
| CIT<br>305 Fellowship Rd<br>Mt Laurel, NJ 08054 | 9/3/09. 5/18/09 and 12/11/08 |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| First Capital<br>126 Town Park Dr<br>Kennesaw, GA 30144 | 1/3/08 |
| Georgia Primary Bank<br>3872 Roswell Rd<br>Atlanta, GA 30342 | 1/25/08 |
| Fresquez Advisors<br>10000 North Central Expressway<br>Dallas, TX 75231 | 11/17/08, 9/12/08, 7/21/08 |
| Lehman Brothers<br>8044 Montgomery Rd<br>Cincinnati, OH 45236 | 5/15/08 |
| LSQ Funding<br>1012 Quaker Ridge Way<br>Duluth, GA 30097 | 1/23/08 |
| Marquette Business Credit<br>900 Cirlce 75 Parkway<br>Atlanta, GA 30339 | 1/18/08 |
| Regions Bank<br>111 Green Street<br>Gainesville, GA 30501 | 9/3/09 |
| Morris-Anderson Assoc<br>1870 The Exchange<br>Atlanta, GA 30339 | 12/4/07 |
| United Community Bank<br>153 E Kytle Street<br>Cleveland, GA 30528 | 1/30/08 |

---

**20. Inventories**

None  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐  taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 1/2/08 | Amy Swett | 705,356 |
| 1/6/09 | Hollie Long | 856,600 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☐        reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 1/20/08 and 1/6/09 | Barry Grant, Inc<br>1450 McDonald Road<br>Dahlonega, GA |

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐        directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Barry Grant<br>289 Farmette Dr<br>Cleveland, GA | President/ Director | 100% |
| Robin Grant<br>289 Farmette Dr<br>Cleveland GA | Secretary | 0% |

**22. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒        immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒       terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                    DATE OF TERMINATION

**23.    Withdrawals from a partnership or distribution by a corporation**

None        If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☐       insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
        perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF              DATE AND PURPOSE              AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP        OF WITHDRAWAL                 DESCRIPTION AND
TO DEBTOR                                                   VALUE OF PROPERTY

SEE ATTACHED LIST

**24.    Tax Consolidation Group**

None        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒       corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
        within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.    Pension Funds**

None        If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☒       fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
        period immediately preceding the commencement of the case.

NAME OF PENSION FUND              TAXPAYER IDENTIFICATION NUMBER (EIN)

*    *    *    *    *    *

Compensation

| Date | Barry Amount | Robin Amount |
|---|---|---|
| 10/2/09 | 2900 | 10384.62 |
| 9/18/09 | 2900 | 10384.62 |
| 9/4/09 | 2900 | 10384.62 |
| 8/21/09 | 2900 | 10384.62 |
| 8/7/09 | 2900 | 16523.18 |
| 7/24/09 | 2900 | 10384.62 |
| 7/10/09 | 9792.31 | 2307.69 |
| 6/26/09 | 9792.31 | 2307.69 |
| 6/12/09 | 9792.31 | 2307.69 |
| 5/29/09 | 9792.31 | 2307.69 |
| 5/15/09 | 9792.31 | 2307.69 |
| 5/1/09 | 9792.31 | 2307.69 |
| 4/17/09 | 9792.31 | 2307.69 |
| 4/3/09 | 9792.31 | 2307.69 |
| 3/20/09 | 9792.31 | 2307.69 |
| 3/6/09 | 9792.31 | 2307.69 |
| 2/20/09 | 9792.31 | 2307.69 |
| 2/6/09 | 9792.31 | 2307.69 |
| 1/23/09 | 9792.31 | 2307.69 |
| 1/9/09 | 9792.31 | 2307.69 |
| 12/26/08 | 12100 | 0 |
| 12/12/08 | 12100 | 0 |
| 11/28/08 | 12100 | 0 |
| 11/14/08 | 12100 | 0 |
| 10/31/08 | 12100 | 0 |
| 10/17/08 | 12100 | 0 |
| | $227,092 | $100,754 |
| Total | $327,846 | |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___October 12,2009_____          Signature    ___/s/ Barry Grant_____

BARRY GRANT,
President

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

AAA Sanitation, Inc.
P.O. Box 1268
Dahlonega, GA 30533


AAAA Specialties
3030 Huron Street
Denver, CO 80202


Abe Loewen
1414-A Lorne St
Regina, SK
Canada S4R-2


Able Box & Packaging
4225 Steve Reynolds Blvd
Norcross, GA 30092


Acrade Metal Stamping
38 Union Ave
Bridgeport, CT 06607


Action Package/Label Express
P.O. Box 40000
Dept 0006
Hatford, CT 06151


ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290


Airgas National Welders
P.O. Box 601985
Charlotte, NC 28260


Airgas South
P.O. Box 532609
Atlanta, GA 30353


Alan Bracey
6514 7th
Lubbock, TX 79416

Alan Ellis
542 E 1600 North
Mapletom UT 84664


Aldan L Miller
129 Kirwans Landing Lane
Chester MD 21619


Alliance Express
P.O. Box 848380
Dallas, TX 75284


Allied Electronics
P.O. Box 2325
Fort Worth, TX 76113


American Express
P.O. Box 650448
Dallas, TX 75265


American Precision Tool & Engine
Suite 850
4411 Suwanee Dam Rd
Suwanee, GA 30024


Amerigas
P.O. Box 26517
Charlotte, NC 28221


Andy Mayes
8403 Taliferro Road
Eagleville, TN 37060


Arlington Fastener Co
P.O. Box 590
Barrington, IL 60011


Arnie Martel
29 Magna Cista Cir
Tewksbury MA 01876


Asher Business Systems LLC
P.O. Box 711
Lithia Springs, GA 30122

Ashland Chemical Co
P.O. Box 101489
Atlanta, GA 30392


Automated Packaging Systems
10175 Phillip Parkway
Streetsboro, OH 44241


Awesome Motorsports
255 Ellison Ave
Wstbury NY 11590


AXA Equitable
p.O. Box 8095
Boston MA 02266


Bank of America Business
Platinum Plus Visa
P.O. Box 851001
Dallas, TX 75285


Bank of America Business
Platinum Visa
P.O. box 15026
Wilmington, DE 19850


Bank of America MC
P.O. Box 15184
Wilmington, DE 19850


Bank of America Visa
P.O. Box 15184
Wilmington, DE 19850


Barry and Robin Grant
289 Farmette Dr
Cleveland GA 30528


Barry and Robin Grant
289 Farmette Dr
Cleveland GA 30528

Barry and Robin Grant
289 Farmette Dr
Cleveland GA 30528


Barry Grant


Barry Grant


Bart Nelson
10523 N P Street
Laporte TX 77571


Bart Smith
3905 Bullet Rd
Norht Las Vegas NV 89032


BB&T
#2575
950 East Paces Ferry Road
Atlanta, GA 30326


BB&T
#2575
950 East Paces Ferry Road
Atlanta, GA 30326


BB&T
#2575
950 East Paces Ferry Road
Atlanta, GA 30326


BB&T
#2575
950 East Paces Ferry Road
Atlanta, GA 30326


BB&T
#2575
950 East Paces Ferry Road
Atlanta, GA 30326


Bill Dunaway
749 Appleton Rd
Simi valley CA 93065

Bill Jones
342 NW Dicks Street
Lake City FL 32055


Bill Leber Jr
263 Wheeler Street
Tonawanda NY 14150


Bill Riddle
502 Dailey Street
Fowlerville MI 48836


Bill Trovato
1240 Weiland Td
Rochester NY 14626


Bob Gulitti
15515 Waldwick
Tomball TX 77377


Bob Harris
31885 Wagon Wheel Lane
Trabuco Canyon CA 92679


Bob Mandell Jr
2111 Highway 373
Culleoka TN 38451


Bobby Rashid
1251 N Oxford
Grosse Pointe Wood, MI 48236


Brad Meadows
201 Aster Dr
Simpsonville SC 29681


Brad Plourd
21250 SE 271 St
Maple Valley WA 98038


Brad Vinje
3990 201st Street
Langley BC
Canada V3A 1P2

Brett Mesbitt
605 Robertson Rd
McLeansville NC 27301


Brian Clayton
36 Pine Point Lane
Port Perry ON
Canada L9L 1B2


Brian Forrester
4196 Banbury Cir
Parrish FL 34219


Brian Gahm
1312 Fairground Rd
Lucasville OH 45648


Brian Merrick
P.O. Box 92
Dellroy OH 44620


Brian Penna
P.O. Box 2262
Aquebogue, NY 11931


Brian Webber
11261 E. Raleigh Ave
Mesa, AZ 85212


Bruce Maichle
29 Sturbridge Dr
Wilmington DE 19810


Bryan Markiewicz
3450 Beech Trail
Clearwater FL 33761


Buckaroo Communications
297 Main Street
Dayton, TN 37321


Bullet Racing Cams
8785 Old Craft Road
Olive Branch, MS 386454

Cabarrus County Tax Collector
P.O. Box 580347
Charlotte, NC 28258


Caffey Broadus
7795 Malone Rd
Olive Branch MS 38654


Caplugs
7090 Edinboto Road
Erie, PA 16509


Carbone of America
P.O. Box 7247-6401
Philadelphia, PA 19170


CFW Media/Action Pursuit Group
39101 Treasury Center
Chicago, IL 60694


CFW Precision Metal Components
P.O. Box 309
Grover Beach, CA 93483


Chad Traylor
5400 Pocahontas Trail
Providence Forge VA 23140


Charles Lowery Jr
2605 Maxwell
Witchita, KS 67217


Charlie Kenpic
PR4
Renfrew, ON
Canada K7V 3Z7


Chick Nagy
4148 Dorchester Rd
Niagra Falls, ON
Canada L2E 6N2

Chris Lamb
141 E Kimberly Dr
Henderson NV 89015


Chris Naffziger
5521 Timber Crest Ave
Las Vegas NV 89131


Chris Nyerfes
14780 Aspen Hills
Burton OH 44021


Chris Pogue
P.O. Box 1651
Seminole, OK 74818


Chrome Wizard
5975 Stewarts Ferry Pk
Mt Juliet, TN 37122


CIT
1560 W Fountainhead Pkwy
Tempe AZ 85282


CIT
1560 W Fountianhead Pkwy
Tempe AZ 85282


Citi Business
P.O. Box 6537
The Lakes, NV 88901


Clarence Mayo
305 E. Spring
P.O. Box 405
Manly, IA 50456


Coker Equipment Co
1242 Industrial Blvd
Gainesville, GA 30503


Competition Plus
409 Clairmont Circle
Spartanburg, SC 29302

Con-Way Freight
P.O. Box 5160
Portland, OR 97208


Cory Thompson
105-2750 Fairlane St
Abbotsford, BC
Canada V2s 7K9


Craig Williams
P.O. Box 47451
Los Angeles CA 90047


CV Products
P.O. Box 915
Thomasville, NC 27361


D-Rod Inc
2500 Swaney Road
Harrod, OH 45950


Daimler Chrysler Credit
1011 Warrenville Road
Lisle, IL 60532


Dale Dryden
6208-39 Ave
Stettler, AB
Canada TOC 2LO


Dale Koncen
P.O. Box 519
Chaptico MD 20621


Dan Fletcher
2926 Westside Dr
Churchville NY 14428


Dan Stanley
228999Cougar St
Perris CA 92570

Danny Towe
2415 Mitchell Rd
Lawrenceville GA 30043


Dave Osborne
22951 Rio Lobos Road
Diamond Bar CA 91765


David Beeson
1536 Salisbury Dr
Baton Rouge LA 70816


David Morabito
10 Cold Spring Cir
Rochester NY 14624


David Rampy
802 Mountain View Dr
Piedmont AL 36272


David Tatum
1250 Bellaire Lane
Atlanta GA 30319


David Turner
28213 CR 10
Fresno, OH 43824


DB Schenker Amalgamated Fin. Group
P.O. Box 1006
Old Brige, NJ 08857


DD Butner Racing LLC
205 W Lewis & Clark Okwy
Clarksville IN 47119


Dennis Altman
P.O. Box 785
Polk City FL 33868


Dennis Gorrell
320 Clearlake Dr
Laverone TN 37086

Dewayne Silance
538 Haws Run Road
Jacksonville NC 28540


DHL Express (USA) Inc
P.O. Box 4723
Houston, TX 77210


Diamond Industries
52 Mack Drive
Jackson, TN 38305


Diamond Racing Products
23003 Diamond Dr
Clinton TWP, MI 48035


Dick Williams
4114 19th Street PL SE
Puyallup WA  98374


Docuteam
P.O. Box 2153
Dept 3180
Birmingham, AL 35287


Docuteam Inc
2755 Marconi Dr
Alpharetta GA 30005


Don Burton
3926 West Capal Rd
Aberdeen MD 21001


Donnie Burnside
501 April sound
McKinney TX 75071


Donny Urban
38 Victoria Dr
Pittsboro, NC 27312


Doug Duell
8988 Willowbend
Newburgh IN 47630

Dr. Marc Gottlieb
6325 Battleview Dr
Raleigh NC 27613


Drag News Magazine
300 West Rocky Street
Athens, IL 62613


DRAW
4 Hance Drive
Charleston, IL 61920


Dynamic Stampings
W225 N6328 Village Dr
P.O. Box 307
Sussex, WI 53089


Eastland Crane
2190 S Hamilton Rd
Columbus OH 43232


Edmond Richardson
8010 Anna Court
Greenbriar TN 37073


Electro Seal Corporation
Dept CH 16357
Palatine, IL 60055


Electro-Dyn
P.O. Box 906
Niagra Falls, NY 14302


eLight Techonology
3451 Terrace Ave
Indianapolis, IN 46203


Empire Die Casting
Dept CH 17776
Palatine, IL 60055


Enco Manufaturing Co
Dept CH 14137
Palatine, IL 60055

Encon Evaporators
Unit 6, 97 Eddy Road
Manchester, NH 03102


Engineering Consulting Services
30843 Saint Onge Circle
Warren, MI 48093


Eric Peterson
P.O. Box 1091
Enumclaw, WA 98022


Fastenal Compamy
Suite 105
30 Industrial Park Rd
Dawsonville, GA 30534


Fed Ex National LTL
P,O. Box 95001
Lakeland, FL 33804


FedEx
P.O. Box 660481
Dallas, TX 75266


FedEx Freight
P.O. Box 406708
Atlanta, GA 30384


Fireman's Fund
c/o Hays & Potter PC
Suite 203, 3310 Henderson Mill Rd
Atlanta, GA 303


Flex-o-Glass Inc
Suite 1765
75 Remittance Dr
Chicago, Il 60675


Fox, Chandler, Homans, Hicks
P.O. Box 2515
Gainesvilled, GA 30503

Fragola Performance Systems
888 West Queen St
Southington, CT 06489


Frank Kohutek
1001 Barclay
Mesquite TX 75149


Frank Nichols Jr
411 N Waldo
Grand Island DE 68803


Frank Tedesco
538 Stoe Jug Rd
New Alexandria PA 15670


Frankie Radake
3655 California
St Louis MO 63118


Fred Kondrotas
4855 60th Street W
Rosamond CA 93560


Fricke Holdings LLC
Suite 100
2344 Perimeter Park Dr
Atlanta, GA 30341


Gardner-Westcott Co
10110 Six Mile Road
Northville, MI 48167


Gary Bingham
141 E A Bingham Rd
Kings Mountain NC 28086


Gary Brandt
4016 Karling PL
Palmdale CA 93552

Gary Duncan
7261 Buckboard CV
Olive Branch MS 38654


Gary Stinnett
1266 Thompson
Emporia KS 66801


Gary Wamboldt
9071 W Floyd Dr
Lakewood CO 80227


Gary Windsor
7841 East Shore Rd
Pasedena MD 21122


Gene Mosbek
22817 Meadowvale Rd
Elk River, MN 55330


Good Guys Rod & Custom
P.O. Box 9132
Pleasanton, CA 94566


Gordon Saiki
1839 150th St
Gardena, CA 90249


Grant Lewis
P.O. Box 1185
Jessup GA 31598


Greg Bagnell
1522 Autumn Run
Spring Hill FL 34608


GT Racing Heads
5855 Suits Road
Archdale, NC 27263


Hanwha Machinery America
Unit D
9750 Oakwood Park Dr
Franklin, WI 53132

Hardinge Inc
Box 1212
One Hardinge Dr
Elmira, NY 14903


Harley Day
282 Bark Rd NW
CAnton OH 44620


Harry Gray
3 Snowdrift Lane
Litchfield, NH 03052


Hartness & Link
P.O. Box 29
Gainesville, GA 30503


Headstart
17145 Margay Ave
Carson, CA 90746


Heatbath Corporation
P.O. Box 51048
Indian Orchard, MA 01151


Henry's Engineering
P.O. Box 209
Barstow, MD 20610


Highland Mountain Water
P.O. Box 5729
Gainesville, GA 30504


HTCI Co
P.O. Box 486
New Carlisle, OH 45344


IKON Financial Services
P.O. Box 740540
Atlanta, GA 30374


Industial Supply Center
P.O. Box 1622
Toccoa, GA 30577

Industrial Controls
P.O. Box 827058
Philadelphia, PA 19182


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114


J&J Motorsports
1595 Tenaha St
Center Tx 75935


J&L Industrial Supply
31800 Industrial Rd
Livonia, MI 48150


J&L Machine Shop
31 Hamp Mill Road
Dahlonega, GA 30533


James Barr
3125 42BD Ter SW
Naples, FL 34116


James Cappiello
11975 FM 830
Willis TX 77318


Jason McAlister
5877 Blackwell
Barrlett TN 38134


Jason Wood
14484 201st Rd
Live Oak, FL 32060


Jeanette Edwards
6975 NW Stonecreek Lane
Cameron MO 64429


Jeff Cheney
33322 Vale Dr NW
Cambridge MN 55008

Jeff Farrar
440 Alonzo Ct
Las Vega NV 89123


Jeff Glover
1425 Stinnett Rd
Maceo KY 42355


Jeff Pittman
1304 2nd Street SE
Conover, NC 28613


Jeff Stickland
810 Sunny Street
Red Bay AL 35582


Jeff Trip
55 Leescille Rd
Jackson NJ 08527


Jeff Yoder
7345 SE Altman Rd
Grasham, OR 97080


Jeremy Gillam
1230 Lakeview Dr
Schererville IN 46375


Jim Butner Auto
205 W Lewis & Clark Pkwy
Clarksville, IN 47129


Jim Hughes
2244 W McDowell
Phoenix AZ 85009


Jim Majkowski
7928 Genson
Nothville MI 48168


Jim Netherland
1419 Lyon Street
Columbia TN 38401

Jimbo Fields
781 Harden St
Gallatin TN 37066


Jimmy Ayers
5086 Highway 29 N
Newnan GA 30265


Jimmy Defrank
9525 DeSoto Ave
Chatsworth CA 91311


Jody Lang
1320 10th Ave SE
Puyallup WA 98372


Joe Hoyle
67 Montcalm Rd
Warwick RI 02889


John Furr
12760 Big Lick Rd
Oakboro NC 28129


John Hickman
20875 South Miles
Clinton Twonship MI 48036


John Langer
10957-1 E Keswick Rd
Philadelphia PA 19154


John Macaluso
362 SW Glenwood Dt
Port St Lucie FL 34984


John Miller
55 Carson Valley Way
Santa Fe NM 87508


John Steffen
13256 Peacock Dr
Littleton CO 80124

Johnny Smith
725 Dutches Tpk
Poughkeepsie, NY 126-3


Joseph T Ryerson & Son
P.O. Box 905716
Charlotte, NC 28290


Kearney Machinery & Supply
Suite 322
216 Aquarius Dr
Birmingham, AL 35209


Keith Dowlning
4844 W Waltunn
Glendale AZ 85306


Keith Lynch
P.O. Box 108
West Manchester, OH 45382


Ken Leach
1880 Montreal Rd
Sevenn, Md 21144


Kevin Houghtaling
11151 Old Telegraph Rd
Asland VA 23005


Kevin Kleineweber
2244 W MDowell
Phoenix AZ 86009


Kevin Wicke
615 Erie Steet
Statford ON
Canada N5A 2N9


LaPage Motorsports Inc
P,O, Box 1195
Auburn ME 04211

LaPerriere Racing Inc
4596 Schmitt Ct
Milan MI 48160


Larry Geddes
P.O. Box 307
Barnsville OH 43713


Larry Marshall
5411 E Honda Bow Rd
Cavre Creek AZ 85331


Larry Robinson
Box 166
Irving NY 14081


Lawrence Burke
2960 NW 53rd Terr
Margate, FL 33063


Leo Glasbrenner
343 Moore Place
Sandimas CA 91773


LNS America
P.O. Box 632100
Cincinnati, OH 45263


Lou Ficco
3650 CAnce Street #1
Wheat Ridge CO 80033


Luxfer Gas Cylinders
BOA
File No. 32210
Los Angeles, CA 90074


Lynden International
P.O. Box 84167
Seattle, WA 98124


Manny Figueroa
97 Charles Street
Moorpark CA 93021

Manton Racing Products
P.O. Box 245
Lake Elsinore, CA 92531


Marcus Allen
4790 S Splendid Cir S
Colorado Springs CO 80917


Mario Gourgue
630 Grand Capsa
Pont Rouge QU
Canada G3H 1L6


Mark Artis
2027 Witt Rd
Frisco TX 75304


Mark Payne
2432 Hermitage Rd
Waynesboro VA 22980


Mark Skipper Jr
193 Kirby Rd
Transylvania LA 71286


Marlin Leasing
300 Fellowship Road
Mt Laurel NJ 08054


Marshall's Auto Parts
P.O. Box 1072
Dahlonega, GA 30533


Mathew Welker
13825 Charlton court
Clear Springs MD 21722


Matrix Metal Products
43 County Street
Attleboro, MA 02703


Matthew Constant
3543 Schooner Dr
Stockton CA 95219

Mattie Morrow
575 Amsler Ridge Td
Economy PA 15143


Mayo Delong Racing Inc
389 West Field Dr
Broomall PA 19008


Mazak Coproration
P.O. Box 970
Florence, KY 41022


McLeod Media LLC
P.O. Box 340
Murphy, NC 28906


McMaster-Carr
P>O. Box 7690
Chicago, IL 60680


Megan Caston
7821 Saskatchewan Dr
Edmonton, AB
Canada T6E 2L3


Metrolina Landscape
P.O. Box 669003
Charlotte, NC 28266


Michael Farrell
1401 Southwestern Pkwy
Louisville KY 40211


Michael Whaley
1504 Sutton Dr
Kingston NC 28501


Micro Plastics Inc
P.O. Box 149
Flippin, AR 72634


Microgroup
P.O. Box 414645
Boston, MA 02241

Mike Bavlsir
1555 Ben Doane Road
Indian Head MD 20640


Mike Buczynski
7264 Winbert Dr
Wheatfield NY 14120


Mike Fuqua
156 commerce Dr
Hendersonville TN 37075


Mike Kaufman
10 Leone Ct
Woodcliff Lake NJ 07677


Mike Matranga
5212 Coke Ave
Lakewood CA 90712


Mike Pruss
21 Dillon Close
Red Deer AB
Canada T6K 2N7


Mike Saiki
4719 Gundry Ave
Long Beach CA 90807


Mike Sawyer Motorsports
11 Winter Street
Acton MA 01720


Mike Shannon
1755 Harvey Ave
Kelowna BC
Canada V1Y 6G4


Motion Industries
P.O. Box 404130
Atlanta, GA 30384

Motor Products Corp
P.O. Box 975042
Dallas, TX 75397


MSC Industrial Supply
Dept CH 0075
Palatine, Il 60055


Nason
1307 S. Highway 11
Walahalla, SC 29691


National City
995 Dalton Ave
Cincinnati OH 45203


National City
995 Dalton Ave
Cincinnati OH 45203


Neil Schindler
6060 Wanda Ct
San Diego CA 92120


Neuco Distributors
P.O. Box 500
Bostwick, FL 32007


Newark in One
P.O. Box 94151
Palatine, IL 60094


NHRA
2035 Financial Way
Glendora, CA 91741


Nicholas Mitsos
622 W Bluffington St
Upland CA 91784

Norco Metal Finishing
1536 Island Home Ave
Knoxville, TN 37920


Norman Crane
6520 Beedla St
Northport, FL 34286


Norman LaPointe
3919 67th Street
Edmonton AB
Canada T6K 2N7


North American Media Group
P.O. Box 3427
Minnetonka, MN 55343


Northeast GA Primary Care
Suite 3
1144 Vine Street
Gainesville, GA 30501


Northern Tool & Equipment
P.O. Box 5219
Carol Stream, IL 60197


Norwalk Raceway Park
1300 State Route 18
Norwalk OH 44857


Oval Media
8437 Woodcrest PL
Hobe Sound, FL 33455


Pat Fitzpatrick
5312 N Plaza Dr
Peoria IL 61614


Pat Martin
7120 Woods West Ave
London OH 43140

Patrick Dehner
162 Evergreen Ave
Smithtown NY 11787


Patterson Publishing
P.O. Box 7517
Lakeland, FL 33807


Peach State Fire Inc
626 Industrial Blvd
Gainesville, GA 30501


Performance Warehouse Assn
#1  41-701 Corporate Way
Palm Desert, CA 92260


Phillip Chester
509 Martin Rd
Clarksville TN 37042


Pioneer Industiral Sales
P.O. Box 2200
Kingsport, TN 37660


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285


PME Engines
102 S Iredell Ind. Park Rd
Mooresville, NC 28115


Pomona Valley Hospital
Dept 0048
Los Angeles, CA 90084


Pressure Connections Corp
610 Claycraft Road
Columbus, OH 43230

Pro-Tech
4002 N 31st Ave
Phoenix, AZ 85017


Procomp Electronics
Unit A
605 S Milliken Ave
Ontario, Canada 91761


Promedia LLC
#D 3518West Lake Center Dr
Santa Ana, CA 92704


Purolator Trade Solutions
P.O. Box 950
Buffalo, NY 13213


Rachel Pruitt, Tax Commissioner
Suite E
99 Courthouse Hill
Dahlonega, GA 30533


Rad Rides by Troy
24 E. 3rd Street
Manteno, IL 60950


Ralph Haas
2244 McDowell
Phoenix AZ 85009


Randy Balough
2258 Adrian St
Newbury Park CA 91320


Randy Bennett
150 Oak Leaf Dr
Stockbridge GA 30281


Randy Fabbro
222 N Hacienda Ave
Glendora CA 91741

Ray Connolly
546 Wesley Ave
Elyria OH 44035


Raymond Sawyer
11 Winter Street
Acton MA 01720


REA Technologies
P.O. Box 2589
Hickory, NC 28603


Reliance Gear Corp
205 Factory Road
Addison, IL 60101


Richard Schnieder
41225 Willis
Bellsville MI 48111


Robbie Hudlow
11899 Lynn Crest Dr
Monrovia MD 21770


Robert Curran
1359 Keenland Dr
Bartlett IL 60103


Robert Eubanks
9725 RT 193
Williston Tn 38076


Robert Jones
6298 Ripley Rd
La Plata MD 20646


Robert Motycka
P.O. Box 17
Lawton TX 49065


Robert Naber
2503 Canterbury Trail
Ontario CA 91761

Robin Grant
289 Farmette Dr
Cleveland GA 30528


Rochester Midland
P.O. Box 31515
Rochester, NY 14603


Rock Tenn
P.O. Box 102064
Atlanta, GA 30368


Rockwell Racing
11471 Orcas Ave
Lakeview Terrace, CA 91342


Rod Oxford
16368 W Sandra Lane
Surprise AZ 85388


Rodney lee
5301 SE 52nd Ave
Portland OR 97206


Rogers Corp
Chicago Lockbox 19027
Dept CH 10027
Palatine, IL 60055


Rohrer Corp
P.O. Box 1009
Wadsworth, OH 44282


Ronnie Proctor Sr
2604 Chestnut Hill Rd
Harpers Ferry WV 25425


Ronnie Siani
63 Shaw Ave
Islip NY 11751


Roy Perry
604 Walnut St
Bowie, TX 76230

Rusty Cook
430 Hedges Lane
Cynthiana KY 41031


Rutland Tool
J. Michael Kaplan
2121 Wynnton Road
Columbus, GA 31906


Ryan Bolin
840 Joann Dr
Wilmington, IL 60481


SAE
P.O. Box 79572
Baltimore, MD 21279


Safety-Kleen Systems
P.O. Box 650509
Dallas, TX 75265


Scott Burton
937 Cole
Golden CO 80401


Scott Duggins
214 Rosecrest Rd
Spartanburg SC 29303


Scott Hearn
41 Summerton Landing
Sherwood Park, AB
Canada T8H 2P4


Scott Morgan
15790 Silver Road
Oakboro NC 28129


Scott Sexton
928 SR 330
Griffith IN 46319

Scott Taylor
Box 3002
St Isidore, AB
Canada T0H 3B0


Screw Machine Specialties
727-23 Road
Grand Junction, CO 81505


Scroggins & Williamson
2500 Candler Bldg
127 Peachtree St
Atlanta, GA 30303


Seal Methods Inc
11915 Shoemaker Ave
P.O. Box 2604
Santa Fe Springs, CA 90670


Shane Carr
180 Lindsey Hollow Rd
Gallatin TN 37066


Shawn Fricke
24 Scarlet Oak Rd
Flemington NJ 08822


Shawn Langdon
11045 Hamal Ave
Mira Loma CA 91752


Sherman Adcock Jr
56 Spruce Dr
Fortson GA 31808


Shopatron
P.O. Box 5351
San Luis Obispo, CA 93403


Siemens Energy & Automation
7050 Alan Schwartzwalder St
Columbus, OH 43217

Signal Motorsports
20 Commercial Dr
Mooresville, NC 28115


Skip Baskin
90 Morris Road
Covington TN 38019


Slack Auyo Parts
P.O. Box 778
Gainesville, GA 30503


SMI Inc
6055 Grand View Way
Suwanee, GA 30024


Source Interlink
c/o Primedia
P.O. Box 933852
Atlanta, GA 31193


Specialized Motor Systems
727 23rd Road
Grand Junction, CO 81505


Steve Cohen
P.O. Box 638
Trilby, FL 33593


Steve Dominguea
7325 127th E
Derby KS 67037


Steve Furr
8220 Craighead Rd
Harrisburg NC 28075


Straight-A-Express
P.O. Bos 16425
Augusta, GA 30919

Swerdlin & Company
Suite 170, Bldg B
5901 Peachtree Dunwoody Rd
Atlanta, GA 30328


Swift Filters Inc
7805 First Place
Oakwood Village, OH 44146


Teleflex Fluid Systems
Lockbox 50285
P.O. Box 8500
Philadelphia, PA 19178


Terry Barkley
4062 Don Luis Dr
Los Angeles CA 90008


Terry Pearson
31267 Blakeley Ridge Ct
Spanish Fort AL 36527


The Juliana Co
4304 Boca Raton Dr
The Colony, TX 75056


The Pierce Company
P.O. Box 634803
Cincinnati, OH 45263


The Right Stuff Detailing
200 Intek Way
Westerville, OH 43082


The Tool Crib
P.O. Box 52810
Knoxville, TN 37950


Thomas Bayer
16273 Medinah St
Fontana CA 92336

Thomas Kayden Horstmeyer & Risley
600 Galleria Parkway SE
Atlanta, GA 30339


Thomas Schmidt
30800 Belair Dr
Lingstrom MN 55045


Thomas Sheehan
404 Church Street
Brownsville PA 15417


Thomas Yancer
600 S 79th Street
Chandler AZ 85226


Three Wide Media
P.O. Box 66
Independence, IA 50644


Tim Hendricks
17307 Polo Rd
Sterling FL 61081


Tim Schmidt
2290 Jackson Ave SW
Massilon OH 44646


Todd Patterson
P.O. Box 338
Augusta KS 67010


Tom Fisher
2500 Swaney Rod
Harrod OH 45850


Tom Jacobs
6292 Arwood Rd NW
Rapid City, MI 49676


Tommy Phillips
9478 Homestead Lane
Forney TX 75126

Tony Deeds
1970 NW 44th Street
Oakland Park FL  33309


Tony Gray
1109 Estell Dr
Moore OK 73160


Tony Helms
48 Edgewood Cir
Ft Oglethorpe GA 30742


Tony Orts
1000 B Rt 25
Oswego IL 60543


Tony Rhodes Jr
P.O. Box 2191
Murfreesboro TN 37133


Town of Harrisburg Tax Collector
P.O. Box 100
Harrisburg, NC 28075


Troy Lind
40258 Vista Ridge Dr
Palmdale, CA 93551


Uline
2200 S Lakeside Dr
Waukegan, IL 60085


United Community Bank
153 E Kytle Street
Cleveland, GA 30528


United States Plastic Corp
1390 Neubrecht Rd
Lima, OH 45801


UPS
P.O. Box 650580
Dallas, TX 75265

UPS Freight
P.O. Box 533238
Charlotte, NC 28290


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673


Vernon Rowland
1272 Morningside Dt
Blanchard OK 73010


Victory Valves
159 Lugnut Lane
Mooresville, NC 28117


Vince Brown
118 Herford
Payson IL 62360


Vinny Barone
113 Millet St N
Dix Hills NY 11746


Volvo Penta of the Americas
P.O. Box 751014
Charlotte, NC 28275


Walker Products
14921 Commerce Dr
Garden Grove, CA 92843


Walley Kruegar
7001 Barton Ct
Appleton WI 54913


Wayne Greer
417 Meadow Lane
Lowell, IN 46350


Wendall Keesaer
12047 Dunksburg Rd
Seet Springs MO 65351

```
Western Wire Products Co
770 Sun Park Dr
Fenton, MI 63026


Wilheit Packaging
P.O. Box 111
Gainesville, GA 30533


William Tartavoulle
103 Walnut Ave
Carriere MS 39426


Yale Commercial Locks & Hardware
100 Yale Ave
Lenoir City, TN 37771
```

UNITED STATES BANKRUPTCY COURT
Northern District of Georgia

In re  Barry Grant, Inc.                            ,
                          Debtor

Case No. _____

Chapter    11

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-741 - 31378 - Adobe PDF

B203
12/94

# United States Bankruptcy Court
## Northern District of Georgia

In re  Barry Grant, Inc.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................…………………………. $ _____0_____

Prior to the filing of this statement I have received ........……………………........ $ ____41,039____

Balance Due ...............................…………………………………………................ $ _____0_____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

$41,039 paid October 6, 2009
$1039 filing fee; $ 8,662.50 applied to pre-petition fees;
$31,337.50 retainer held in escrow

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

October 12,2009
_____
Date

/s/ David G. Bisbee
_____
Signature of Attorney

_____
Name of law firm

</div>