ENTERED ON DOCKET

2-22-11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| BARRY GRANT, INC., | : |
| | : CASE NO. 09-24349-reb |
| Debtor | : |

## ORDER CONVERTING CASE TO CHAPTER 7

**THIS MATTER HAVING COME BEFORE THE COURT** upon the filing of Creditor EMPIRE DIE CASTING CO., INC.'s and Party in Interest HOLLEY PERFORMANCE PRODUCTS INC.'s Motion to Convert Case to Chapter 7 or, in the Alternative, Appoint Chapter 11 Trustee, which Motion has been joined by several Creditors; and

A Hearing having been held with respect to said Motion on February 22, 2011; and

FOR GOOD CAUSE OTHERWISE SHOWN;

**IT IS HEREBY ORDERED AND DECREED** that the above-captioned case shall be and is hereby converted to Chapter 7.

SO ORDERED, at Atlanta, Georgia, this 22 day of Feb., 2011.

HON. ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

10594368

Page 1

**PREPARED and PRESENTED BY:**

HAWKINS PARNELL THACKSTON
& YOUNG LLP
*/s/ Sara A. Evans*
Sara A. Evans (Georgia Bar No. 252752)
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243
Tel: 404.614.7483
Fax: 404.614.7500
Email: sevans@hptylaw.com
*Counsel to Empire Die Casting Co., Inc.*

-and-

ROPES & GRAY LLP
*/s/ James A. Wright III*
James M. Wilton
James A. Wright III
*Pro Hac Vice Applied For*
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: 617.951.7000
Fax: 617.951.7050
*Counsel to Holley Performance Products Inc*

10594368