**IT IS ORDERED as set forth below:**

Date: March 25, 2011

_____
Robert E. Brizendine
U.S. Bankruptcy Court Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. G09-24349-REB |
| ) | |
| BARRY GRANT, INC., a/k/a DEMON ) | Chapter ⨉ 7   REB |
| CARBURETION, a/k/a BG FUEL SYSTEMS, ) | |
| a/k/a NITROUS WORKS, a/k/a ) | Judge Robert E. Brizendine |
| RUSHFILTERS, ) | |
| ) | |
| Debtor. ) | |
| --------------------------------------------------- ) | |
| BRANCH BANKING & TRUST COMPANY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | **CONTESTED MATTER** |
| ) | |
| BARRY GRANT, INC., a/k/a DEMON ) | |
| CARBURETION, a/k/a BG FUEL SYSTEMS, ) | |
| a/k/a NITROUS WORKS, a/k/a ) | |
| RUSHFILTERS, ) | |
| ) | |
| Respondent. ) | |

**CONSENT ORDER ON GRANTING RELIEF FROM THE AUTOMATIC STAY**

WCSR 4569234v2

On January 25, 2011, Branch Banking and Trust Company ("BB&T"), a first-priority secured creditor of Barry Grant, Inc. (the "Debtor"), filed a *Motion for Relief from the Automatic Stay* (Doc. No. 88) (the "Motion"). The Motion sought relief from the automatic stay such that BB&T could exercise its contractual and state law rights and remedies against certain personal and intangible property of the Debtor, including, but by no means not limited to, furniture, fixtures, equipment, accounts receivable, tradenames, patents, inventory and work-in-progress, all of which is subject to a first-priority security interest in favor of BB&T.

A hearing on the Motion was held February 22, 2011 (the "Hearing"). No parties-in-interest filed objection to the Motion, or the relief sought therein, and the Debtor did not file any opposition to the Motion. At the scheduled hearing, counsel for BB&T, counsel for the Debtor and counsel for the United States Trustee appeared, and the Debtor indicated that it had ceased operations. As a result, the Court declined to enter an Order granting BB&T relief on its Motion, but instead entered an order converting the above-captioned case to a liquidation under Chapter 7. Albert F. Nasuti was appointed as Interim Chapter 7 Trustee.

Mr. Nasuti has performed his duties as Chapter 7 Trustee, made investigation into the status and value of the Debtor's property, including any personal or intangible property of the Debtor in which BB&T and any successors or assigns to BB&T's interest in the Collateral (the "Secured Creditors") hold a security interest, including, without limitation, furniture, fixtures, equipment, accounts receivable, trade names, patents, inventory and work-in-progress (collectively, the "Collateral"), as well as the extent and validity of BB&T's lien against the Collateral, and has concluded that the Collateral has no value for the Estate of the Debtor's

unsecured creditors. As a consequence, Mr. Nasuti does not oppose the relief that BB&T seeks in its Motion, as indicated by his signature below.

The Debtor, having ceased operations, has no grounds to oppose BB&T's Motion, and herewith consents to the entry of an Order granting the Motion.

It appears to this Court that BB&T provided adequate notice of the Motion and the Hearing to all parties in interest in accordance with Federal Rule of Bankruptcy Procedure 4001(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. BB&T's Motion is herewith GRANTED.

2. The Secured Creditors are herewith authorized to take such actions as they deem necessary and appropriate to exercise their state law and contractual rights against the Collateral, including, but not limited to:

> a) taking physical possession and dominion over the Collateral;
>
> b) notifying the Debtor, the Trustee and any guarantors of the Debtor's obligations to the Secured Creditors of the Secured Creditors' intent to sell the Collateral, either at public or private sale;
>
> c) soliciting offers to purchase the Collateral, or any portion thereof;
>
> d) securing, marshalling, collecting or otherwise preparing the Collateral for disposition;
>
> e) taking any steps necessary under state law to preserve any unsecured deficiency claim that it may have against the Debtor, the Debtor's estate, or the Guarantors; and

WCSR 4569234v2

  f)  taking any other steps as may be necessary and appropriate or desirable to exercise its contractual and state law rights and remedies with regard to the Collateral.

3. In light of the fact that (i) BB&T's Motion has been pending for approximately sixty (60) days, and has previously come on for hearing before this Court, (ii) no party has filed an objection to BB&T's Motion during the pendency of the Motion, particularly including before the deadline specified in this Court's Notice dated January 27, 2011 [Doc. No. 91], and (iii) certain portions of the Collateral are of a type, and of a nature, that there is a significant danger of waste and dissipation of the Collateral, any deadlines before which this Order would be effective that might otherwise be imposed by Federal Rule of Bankruptcy Procedure 4001(d) are herewith waived, such that this Order is effective immediately upon entry.

**END OF DOCUMENT**

| Prepared by: | No Opposition: |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | THOMPSON, O'BRIEN, KEMP & NASUTI, P.C. |
| By: /S/ John A. Thomson, Jr.<br> John A. Thomson, Jr.<br> State Bar No. 706760 | By: /s/ Albert F. Nasuti<br> Albert F. Nasuti<br> State Bar No. _____<br> [by John A. Thomson, Jr. with his express permission] |
| **Attorney for Branch Banking & Trust Company** | **Interim Chapter 7 Trustee for Barry Grant, Inc.** |
| 271 17th Street, N.W.<br>Suite 2400<br>Atlanta, GA 30363-1017<br>(404) 888-7409 direct phone<br>(404) 870-4841 direct fax<br>jthomson@wcsr.com | 40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092<br>(770) 925-0111 phone<br>(770) 925-8597 fax<br>anasuti@tokn.com |

WCSR 4569234v2

LAW OFFICE OF DAVID G. BISBEE

By: /s/ David G. Bisbee
David G. Bisbee
State Bar No. 058312
[by John A. Thomson, Jr. with his express permission]

**Attorney for Debtor**

2929 Tall Pines Way
Atlanta GA 30345
(770) 939-4881 phone
(770) 783-8595 fax
bisbeed@bellsouth.net

-5-

## DISTRIBUTION LIST

Barry Grant, Inc.
1450 McDonald Road
Dahlonega, GA 30533

Albert F. Nasuti, Esq.
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Norcross, GA 30092

David G. Bisbee, Esq.
Law Office of David G. Bisbee
2929 Tall Pines Way
Atlanta GA 30345

James H. Morawetz, Esq.
Office of U.S. Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

John A. Thomson, Jr., Esq.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, GA 30363-1017

James W. Martin, Esq.
Moskowitz & Martin, LLP
990 Hammond Drive
Suite 990
Atlanta GA 30328

Will B. Geer, Esq.
Stites & Harbison, PLLC
303 Peachtree Street, N.E.
2800 Suntrust Plaza
Atlanta GA 30308

WCSR 4569234v2