UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | CHAPTER 7 | |
| | § | | |
| BARRY GRANT, INC., | § | CASE NO.: 09-24349-REB | |
| | § | | |
| Debtor | § | HON. ROBERT E. BRIZENDINE | |

## NOTICE OF PROPOSED ABANDONMENT

COMES NOW, Albert F. Nasuti, Chapter 7 Trustee, in the above-styled case (hereinafter "Trustee"), pursuant to 11 U.S.C. §554 and Fed. R. Bankr. P. Rule 6007 and BLR 6007-1(b) and gives this notice of proposed abandonment of the following property:

**Barry Grant, Inc. v. Empire Die Casting Co., Inc., Adversary No. 10-02135-REB.**

The Trustee has examined the estate's interest in the property, if any, and has determined that such property is of inconsequential value and benefit to the estate. Accordingly, the Trustee proposes to abandon this property of the estate.

This Notice is being served upon all creditors and parties in interest. Any objections to this proposed abandonment must be filed with the Clerk of the U.S. Bankruptcy Court, at 121 Spring Street, SW, Room 120, Gainesville, Georgia 30501, within fifteen (15) days of the date of mailing of this notice. In the event no objection is timely filed, the abandonment shall be effective without further notice, hearing, or order of this Court.

Dated this 18th day of May, 2011.

/s/ *Albert F. Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia Bar No. 535209
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | CHAPTER 7 | |
| | § | | |
| BARRY GRANT, INC., | § | CASE NO.: 09-24349-REB | |
| | § | | |
| Debtor | § | HON. ROBERT E. BRIZENDINE | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing Notice of Proposed Abandonment upon all the parties listed below, by depositing with a copy of same in an envelope with adequate postage affixed thereon to insure delivery by United States Mail. This 18th day of May, 2011

Barry Grant, Inc.,
1450 McDonald Road
Dahlonega, GA 30533

David G Bisbee
Law Office of David G. Bisbee
2929 Tall Pines Way
Atlanta, GA 30345

Empire Die Casting Co., Inc.,
Attn: T. Denver Bortz, CFO/Controller
635 East Highland Road
Macedonia, OH 44056

Sara A. Evans
Hawkins Parnell Thackston & Young, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243

/s/ *Albert F. Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia Bar No. 535209
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111